# EXHIBIT A

FOR IMMEDIATE RELEASE
November 1, 2003 through December 28, 2003

NOVEMBER 1, 2003
Media Contact: Shannon Guggenheim
Media Phone: (510) 795-0570

# The National Jewish Theatre Festival
## presents
## "The MeshugaNutcracker!"
## December 20-28, 2003

Take the beautiful and melodious music of Tchaikovsky's "Nutcracker Ballet", mix in eight poignant and witty stories celebrating the miracle of Chanukah, and add a pinch of Chelm for flavor. Stir in twirling menorahs and you'll have visions of latkes dancing in your head. Some might call it "crazy"...we call it "The MeshugaNutcracker!"

**WHAT:** "The MeshugaNutcracker!", presented by the National Jewish Theatre Festival in association with Guggenheim Entertainment and the Albert L. Schultz Jewish Community Center, is a fast-paced and colorful 120-minute stage production which boasts an outstanding musical score penned by one of classical music's most notable composers, Peter Ilyich Tchaikovsky.

*Each December it's the same old thing:*
*Sleigh bells ring, carolers sing, spreading Christmas cheer...*

This world premiere musical comedy will delight audiences young and old alike this holiday season during its limited run December 20-28 at Palo Alto's Cubberley Community Center Theatre located at 4000 Middlefield Rd.

*No one can avoid the evergreens, window scenes*
*Yes it means, Christmas time is here*

The libretto tells the tale of eight Chelmniks (citizens of Chelm, the fictional town of fools) who gather once a year to perform their Chanukah festival. Through the course of the two-act musical they tell eight stories which celebrate and honor the triumphs of Chanukah heroes from the time of the Maccabees through modern day – all in their delightfully foolish Chelm style.

*Each December Jews from east to west, must confess,*
*they're possessed: they can't get away*

Original lyrics by Shannon Guggenheim and the book by Scott & Shannon Guggenheim are based on stories written and adapted by Eric A. Kimmel, author of "The Jar of Fools", and Peninnah Schram and Steven M. Rosman, authors of "Eight Stories for Eight Nights". Directed by Scott Evan Guggenheim, choreographed by Shannon Guggenheim, and musical direction by Stephen Guggenheim, "The MeshugaNutcracker!" is staged by the award

"The MeshugaNutcracker!"
The National Jewish Theatre Festival • Scott Evan Guggenheim, Producing Artistic Director
4252 San Juan Avenue, Fremont, CA, 94536 • (877) 456-4849 phone • (510) 894-2132 fax
www.NJTF.org • marketing@njtf.org
Page 1 of 3

FOR IMMEDIATE RELEASE
November 1, 2003 through December 28, 2003

NOVEMBER 1, 2003
Media Contact: Shannon Guggenheim
Media Phone: (510) 795-0570

winning and critically acclaimed producers of San Francisco's "Schoolhouse Rock Live!" The cast is made up of eight professional Bay Area performers: David Greenbaum, Shannon Guggenheim, Jaron Hollander, Tania Johnson, Laura Lehaff, Gabrielle McColgan, Michael Mohammed, and Richard Sanchez.

*That is why we go – out for Chinese!*
*Everyone you know – to the movies!*
*Ho-ho – to escape Christmas day!*

"The MeshugaNutcracker!" provides the perfect outing for families during the otherwise commercial Christmas season. Instead of Scrooge and Tiny Tim, The Mouse King or Santa Claus, guests will have a new cast of characters to celebrate the season each year.

*You can't walk through the shopping malls*
*without the Christmas décor hanging from ceiling to floor*
*The "muzak" pipes in "Deck the Halls"*
*and there's a feeling of dread as Christmas songs fill your head*

The production is appropriate for adults and children age 4 and up and is performed with an intermission at which refreshments will be sold. Corporate sponsors Max's Opera Café and Krispy Kreme will provide traditional holiday fare such as latkes and sufganiyot (jelly doughnuts).

*Cause Santa has the last laugh*
*This holiday lasts a month and a half!*
*Here is what we'll do…*

**WHEN:**    **Limited Bay Area engagement**
**Opens Saturday, December 20 at 8pm**
**Closes Sunday, December 28 at 7pm**

*This December we will tell the tale. We'll regale in detail:*
*what is Chanukah! The rededication, dreidels spin, children win,*
*latkes in applesauce and jam!*

**SHOWTIMES:Saturdays, Monday & Tuesday at 8pm**
**Sundays at 3pm & 7pm**
**Special Christmas day performances at 3pm & 7pm**

*One story for each of eight nights!*
*The latkes dance in a row, the dreidels spin to and fro!*

**WHERE:**    **Cubberley Community Center Theatre**
**4000 Middlefield Road, Palo Alto**

"The MeshugaNutcracker!"
The National Jewish Theatre Festival • Scott Evan Guggenheim, Producing Artistic Director
4252 San Juan Avenue, Fremont, CA, 94536 • (877) 456-4849 phone • (510) 894-2132 fax
www.NJTF.org • marketing@njtf.org
Page 2 of 3

FOR IMMEDIATE RELEASE                                          NOVEMBER 1, 2003
November 1, 2003 through December 28, 2003              Media Contact: Shannon Guggenheim
                                                       Media Phone: (510) 795-0570

*This show will make your spirits bright!*
*So grab your yarmulke, it's time for Chanukah!*


**TICKETS:   $15-$25.**
**$25 General Admission, $20 Students/Seniors, $15 Children**

*A musical just for you: whether Gentile or Jew!*

**For more information about the production or to order tickets with**
**Visa/Mastercard, please contact NJTF at (877) 456-4TIX (4849).**

**To purchase tickets in person, please visit the Albert L Schultz Jewish**
**Community Center located at 4000 Middlefield Road. Tickets also available**
**through performance sponsors (call for a list of participating agencies.)**

*No talk of Scrooge or sugarplums, no Christmas specials on TV*
*From now on Jews will have a show that honors Judah Maccabee*
*With twirling Chanukiot and visions of sufganiyot*
*Meshugannuh, meshugannuh*
*MeshugaNutcracker!*

*(lyrics from "The MeshugaNutcracker!" prologue)*

"The MeshugaNutcracker!"
The National Jewish Theatre Festival • Scott Evan Guggenheim, Producing Artistic Director
4252 San Juan Avenue, Fremont, CA, 94536 • (877) 456-4849 phone • (510) 894-2132 fax
www.NJTF.org • marketing@njtf.org
Page 3 of 3

# EXHIBIT B



# EXHIBIT C

# PLAYBILL

## THE NATIONAL JEWISH THEATRE FESTIVAL

PRESENTS



the MeshugaNutcracker!

Presented in association with Guggenheim Entertainment

December 7 – 26, 2004
Showtime Theater, Paramount's Great America, Santa Clara, CA

---

## The MeshugaNutcracker! is sponsored by












EMBASSY SUITES HOTEL®

GUGGENHEIM ENTERTAINMENT

*Corporate Sponsors*

KG Real Estate, Paramount's Great America, Max's Restaurants, The J, the Jewish News Weekly, SharkPrint.com, Krispy Kreme Doughnuts, & Embassy Suites

*Community Sponsors*
The Albert L Schultz Jewish Community Center
Addison-Penzak Jewish Community Center
Congregation Beth Am
Congregation Beth David
Congregation Etz Chayim
Ronald C. Wornick Jewish Day School
Magen David Adom
Susan G. Komen Foundation
Under One Roof

**NJTF gratefully acknowledges these fine organizations and hopes you will support them and their commitment to arts and education.**

# Authors' Notes

For years Jews have joked that the only place to go on Christmas day is out for Chinese food and to the movies. And for years the arts scene has catered specifically to the Christmas-observant market. At this time of year, productions featuring Scrooge and the Mouse King are a dime-a-dozen.

So, when members of the Jewish community approached us three years ago to assist them with the development of a program they could host on Christmas day, we were happy to take up the challenge. They'd long heard that their Jews were looking for a place to go for a fun, entertaining and Jewish experience. In fact, they'd heard that some of their members were so wanting of a holiday arts experience, they even went to see productions of "A Christmas Carol" and "The Nutcracker". "Why that's crazy", Scott said. "No, it's meshuganeh!", quipped Shannon. "Or should we say, Meshuga...nutcracker!" And an idea was born.

We would write a new musical that would celebrate Chanukah and give Bay Area audiences a new cast of heroes for the season. Who needs Tiny Tim when you've got a super-sized hero like Judah Maccabee! We had a terrific title and fabulous subject matter and a story was brewing with every conversation. Last summer we developed the script and began workshopping the material, which would include the complete score of "The Nutcracker" ballet by Peter Ilyich Tchaikovsky. We worked in tandem with renowned authors Eric A. Kimmel, Penimah Schram and Steven M. Rosman to create the book; based our production design on the artisty of Mordicai Gerstein; and engaged the talents of Cantor Stephen Guggenheim and Arranger Thomas Tomasello for the vocal arrangements and orchestrations. By October, "The MeshugaNutcracker" had finally become a script. Now it is a witty and poignant musical comedy designed to delight audiences - gentile and Jew alike - for years to come.

# About the Score & Libretto

No, Peter Tchaikovsky wasn't Jewish. In fact, he was known for his love of the Christmas season. So, is he rolling in his grave knowing that his perennial Christmas favorite is now the foundation for what is destined to become a holiday favorite of a new ilk? Perhaps, but through "The MeshugaNutcracker!" we hope to honor his unbelievably beautiful score and give audiences the chance to get to know these melodies in an entirely different way. When cell phone companies and mattress discounters play the Nutcracker suite in their commercials this season, guests who've attended the production will no doubt start singing the words to "The Magic Spoon" or "Sweeter than Honey". Or they may even find themselves singing the Chanukah candle blessings to the elevator music!

As you delight in hearing Tchaikovsky's timeless score - played in our Klezmer/Broadway fusion style - do note: every single note in the score comes directly from the original full ballet score unless it is a traditional Chanukah song (as used in the first and last songs of Act II.) While most people will certainly be familiar with the four or five more popular tunes (e.g. Chinese Tea, The March), we found 20 distinctive melodies in his score. Some of the songs push the throughline of the overarching story while other songs take us back to Chanukah celebrations of days gone by.

A cast recording is in the works...visit the lobby during intermission to reserve your copy of the original cast recording of our world premiere musical. In the meantime, get comfortable and prepare to experience the music of "The Nutcracker" as you never have before. And don't be surprised if you can't wipe that grin off your face as you hear lyrics set to melodies that have been wordless for more than a hundred years.

# The Designers

## Jim Gross (Lighting Designer)

Jim Gross has been working as a designer throughout the Bay Area for the past three years, with the Tech Museum of Innovation, Renegade Theater Experiment, and others. A Santa Clara University graduate, this is his second production with Guggenheim Entertainment and he is thrilled to be working on "The MeshugaNutcracker!"

## Dana MacDermott (Costume Designer)

Dana is a Bay Area costume and scenic designer and costume craftsperson. Among others, she has worked with A Traveling Jewish Theatre, California Shakespeare Company, Make-A-Circus, Impact Theatre, and San Francisco Shakespeare Company. She has designed extensively for Guggenheim Entertainment and its precursors. Dana has been active with Bay Area Costumers' Alliance and is currently on the Board of Directors for the International Costumers' Guild (ICG). She also serves as acting President of the Silicon Web Costumers' Guild, an Internet oriented chapter of the ICG. Aside from Theatrical design, Dana has won numerous awards for her competitive Science Fiction and Fantasy Costuming. She earned her MFA in Costume Design from San Francisco State University.

## Kimberley Miner (Company Manger/Associate Producer)

Kimberley has been on staff for Guggenheim Entertainment and its predecessors in some capacity for the past eight years. She wears many hats for the company, including those artistic and administrative. On stage, she has performed in such musicals as "Peter Pan", "Guys and Dolls", "Annie", "Just So!", "A Winter's Tale", "Pooh Corner", "Monster Bash", "School Daze" and "Santastic" for Guggenheim Entertainment and community and regional theatres throughout the Bay Area. An alumni of Up With People, Kimberley was fortunate to spend a year travelling abroad, entertaining and performing public service programs in Norway and Japan. Kimberley also finds time to perfect her skills in the kitchen as a much sought-after cake maker.

## Ben Naasz (Set Designer)

Ben has a BFA in musical theatre from Shenandoah Conservatory and a MFA in Scene Design from the University of Arizona. Ben is currently working as a fabricator building naturalistic environments for Aquariums, Museums, Theme Parks, and Zoos. He has acted in "Just Bunnies" for Guggenheim entertainment and is happy for the chance to design for them as well. Ben has also been seen in the short lived comedy sitcom "Danny" which aired two whole times on CBS and has done several independent movies in Hollywood. He is also a member of the Screen Actor's Guild. Thanks to everyone in his life that pushes him to be more than he would be by himself. Enjoy the show.

## Tom Tomasello (Orchestrator)

Tom is a member of the Guggenheim Entertainment team serving as resident orchestrater and sound designer. Tom is a versatile and accomplished musician, musical producer and arranger. He has worked with such celebrities as Martha and the original Vandelas, Bobby Rydell, Bob Hope, the late Danny Thomas, George Burns, Smokey Robinson, and Al Green. He has also played with such notable groups as The Temptations, The Coasters, The Platters, and The Marvalettes. Some of Tom's musical direction credits include San Jose Repertory's "A Day in Hollywood...A Night in the Ukraine" and "1940's Radio Hour" and various productions for San Jose Children's Musical Theatre and the Santa Clara County Fairgrounds. Tom served as Resident Musical Director at California Theatre Wing supervising such productions as "The Wiz", "Into the Woods", "Just So!", and "Pinocchio". He has orchestrated the critically acclaimed score for "Schoolhouse Rock Live!", and the productions of "Free to Be...You and Me", "It's A Wrap", "Monster Bash", and "School Daze" for Guggenheim Entertainment. Tom also currently serves as the Director of Instrumental Music at Cathedral of Faith in San Jose.

# The Creators

### Scott Evan Guggenheim (Producer/Director/Playwright)

Recipient of the "Award for Excellence in Theatre for Youth and Development of New Audiences" by the American Theatre Wing (giver of the coveted Tony award) and the Award for Excellence in Jewish Education from the Helen Diller Family Foundation, Scott is an accomplished producer, presenter, director, designer, playwright, educator and theatre administrator having created award-winning and nationally recognized works for regional, non-profit, and commercial theatre companies and educational institutions. He maintains a personal mission of producing quality programs which promote discussion on family issues, multi-culturalism, literature, science, art, music, and history. A graduate of Santa Clara University, Scott is a recognized authority in youth, arts, and health education, and is a two time recipient of the American Public Health Association award for excellence in innovative programming and partnerships in health education. Scott served at the helm of California Theatre Wing, a professional educational theatre company based in the San Francisco East Bay, from 1990 to 1997 where his quality programming for youth and families reached over a million people. For Opera San Jose, he co-adapted and staged the "From The Met to Broadway" series and served OSJ for two seasons as Assistant Director and Stage Manager. Prior to his tenure at CTW, Scott founded Young Conservatory Theatre (serving as Artistic Director for six seasons), served as Associate Artistic Director/ General Manager for two seasons for the New York Theatre Production Company, and assisted producer Alexander White as Associate Producer/General Manager for the San Francisco run of "Einstein: The Man Behind the Genius" starring Larry Gelman. Most recently, Scott served as Producer/General Manager for "Schoolhouse Rock Live! San Francisco, LLC" which produced the hit musical to unanimous critical acclaim in San Francisco and San Jose. Of the more than 60 productions staged and 90 productions produced, favorite directing projects include "Schoolhouse Rock Live!", "Alice In Concert", "Runaways", "Into the Woods", "The Wiz", "The Little Prince", "Just So!", "The Ugly Duckling", "Jungabook", "Yours, Anne", and his original adaptations of "Pinocchio" and "Pooh Corner!"

### Shannon Guggenheim (Choreographer/Playwright/Librettist)

Shannon has been enjoying a career as a producer, presenter, choreographer, playwright, performer, emcee, educator, graphic designer, and theatre administrator for the past 13 years. An award-winning choreographer, she has worked on over 40 productions for community, regional, and professional theatre companies as well as educational institutions. She has taught in dance studios throughout the state and has served as a middle and high school performing arts educator and choreographer and coach/choreographer for high school and college cheerleading and gymnastic teams, many of which were honored with awards under her tutelage. As a member of the staff of California Theatre Wing for six years, Shannon served as an Artist-in-Residence, Director of Public Relations and Marketing, and Resident Choreographer. Most recently, she served as a producer for "Schoolhouse Rock Live!", which she also choreographed. Favorite choreographic credits include "Schoolhouse Rock Live!", "Rocky & Bullwinkle", "Oliver", "Just So!", "Joseph...Dreamcoat", "Fiddler On The Roof", and "The Wiz."

### Stephen Guggenheim (Musical Director/Vocal Arranger)

A graduate of San Jose State University, the San Francisco Conservatory of Music, and Accademia Chigiana in Siena, Italy, Stephen is an accomplished opera singer having sung leading operatic roles throughout the world. Stephen has performed the role of Don Jose in "Carmen" for L'Opera De Lyon; Tito in "La Clemenza di Tito", Edgardo in "Lucia di Lammermoor", Rodolfo in "La Boheme", Alfredo in "La Traviata", Walter in "Tannhauser", and Achilles in "King Priam" with the San Francisco Opera; The Duke in "Rigoletto" for the Minnesota Opera and the National Opera of Malta; the title role of "Werther", Riccardo in "Un Ballo in Maschera", the title role of "The Tales of Hoffmann", Eleazar in "La Juive", and Ruggero in "La Rondine" with the Israeli Vocal Arts Festival. He originated the title role in the world premiere of "Simon Bolivar" with the Virginia Opera and in concert in London at the Royal Albert Hall with the National Scottish Symphony. As Guggenheim Entertainment's Resident Musical Director, Steve is well-versed in musical theatre repertoire and has musical and/or vocal directed numerous projects including San Francisco's long running hit "Schoolhouse Rock Live!", "Runaways", "Alice In Concert", "Free To Be...You And Me", "The Ugly Duckling", "Legend of Sleepy Hollow", "Scrapbooks", and "Pinocchio", and has performed in such musical theatre productions as "Evita", "You're A Good Man, Charlie Brown", "Carousel", "Guys and Dolls", and "The Music Man." As an educator, he has taught voice, audition technique, musical theatre and opera appreciation, privately and in numerous musical theatre workshops for community theatres and schools.

---

# THE NATIONAL JEWISH THEATRE FESTIVAL

## the MeshugaNutcracker!

music by Peter Ilyich Tchaikovsky
music adapted and lyrics by Shannon Guggenheim
book by Scott & Shannon Guggenheim

based on stories written and adapted by
Eric A. Kimmel, author of "The Jar of Fools" and
Peninnah Schram and Steven M. Rosman, authors of "Eight Stories for Eight Nights"

Production design based on illustrations by Mordecai Gerstein

Produced by Guggenheim Entertainment

Conceived and Directed by
Scott Evan Guggenheim

| | |
|---|---|
| Choreography by<br>Shannon Guggenheim | Vocal Arrangements & Musical Direction by<br>Stephen Guggenheim |
| Orchestrations by<br>Thomas Tomasello | Costume Design by<br>Dana MacDermott<br>Richard S. Sanchez | Set Design by<br>Ben Naasz<br>Julie Engelbrecht |
| Lighting Design by<br>Jim Gross | Sound Design by<br>Eric Johnson | Special Crafts Projects by<br>Richard S. Sanchez |
| Company Manager<br>Kimberley Miner | Assistant to the Producers<br>Elizabeth Werba<br>Tania Johnson | Production Manager<br>Charlton JP Barton |

Featuring the talents of
David M.D. Greenbaum, Shannon Guggenheim, Tania Johnson,
Austin Ku, Laura Thill Lehaff, Gabrielle McColgan,
Michael Mohammed and Richard S. Sanchez

Originally produced for the stage by Guggenheim Entertainment December 20-28, 2003
at the Cubberley Community Center Theatre in Palo Alto, CA.

"The MeshugaNutcracker!" copyright © 2003 Guggenheim Entertainment

Jar of Fools: Eight Hanukah stories from Chelm by Eric A. Kimmel; illustrated by Mordecai Gerstein copyright © 2000 adapted by permission of Shearwater Books c/o Ralph M.Vicinanza, Ltd.
Eight Stories for Eight Nights by Peninnah Schram and Steven M. Rosman
copyright © 1990 adapted by permission of Jason Aronson Inc.

# The Production Team

Producers ............... Scott & Shannon Guggenheim
Associate Producers ............... Kimberley Miner, Stephen Guggenheim

Composer ............... Peter Ilyich Tchaikovsky
Librettist ............... Shannon Guggenheim
Playwrights ............... Shannon & Scott Guggenheim
based on stories written and adapted by ............... Eric A. Kimmel, author of "The Jar of Fools"
............... Peninnah Schram and Steven M. Rosman,
............... authors of "Eight Stories for Eight Nights"

Vocal Arrangements ............... Stephen Guggenheim
Orchestrations ............... Tom Tomasello

Director ............... Scott Evan Guggenheim
Choreographer ............... Shannon Guggenheim
Musical Director ............... Stephen Guggenheim
Production Design based on Illustrations by ............... Mordecai Gerstein
Scenic Designer ............... Ben Naasz & Julie Engelbrecht
Costume Designer ............... Dana MacDermott & Richard S. Sanchez
Lighting Designer ............... Jim Gross
Sound Designer ............... Eric Johnson
Special Projects and Crafts ............... Richard S. Sanchez
Production Manager ............... Charlton JP Barton
Sound Engineer ............... Nick Hawley
Production Crew ............... Charlton JP Barton, Nick Hawley, & Kimberley Miner

Set Construction, Properties, and Scenic Art ............... Ben Naasz, Sasha Moreno, Terry Miner,
............... Julie Engelbrecht, Scott Guggenheim, Shannon Guggenheim,
............... Kimberley Miner, Bruce Naasz, Camy Naasz, Richard S. Sanchez
............... and Charlton Barton
Costume Construction ............... Dana MacDermott, Bruce MacDermott, Samantha Bird, Susan Grote
............... Bea MacDermott, Feyna Shapiro-Nygren, and Richard S. Sanchez
Practical Electrics ............... Steve Ratcliffe
Hayfork Menorah ............... Terry Miner and Ron Peterson, Florence Metal Products
Electrics ............... Jim Gross, Sam Lozano, Cameron Fabrick,
............... Nick Hawley, Michael Moul

Marketing Team ............... Elizabeth Werba, Kimberley Miner
............... Scott & Shannon Guggenheim, Michael Mohammed, & Tania Johnson
Box Office & House Manager ............... Kimberley Miner
Assistant Box Office Manager ............... Elizabeth Werba
Theatre Manager ............... Nicole Mastroianni
Theatre Supervisor ............... Patrick Naylon
Graphic Design ............... Shannon Guggenheim
Graphic Art ............... Shannon Guggenheim, Alex Hsu, Dana MacDermott
Printing ............... SharKPrint.com
Web hosting ............... Sputnik Design

# The Company





## Rabbi Motke Schmerel

Rabbi Motke Schmerel is happy to be making his 3rd appearance in Chelm's annual Chanukah spectacular. Many of you may not recognize him without his trademark red beard, which he lost in an unfortunate fishing accident. Since last year's performance, Motke has become even more active in the Theatre of Chelm's holiday schpiel for Purim (Esther, Esther, Get out of that Harem!), Labor Day (Oy, My Back is Breaking!), and The Counting of the Omer (You're Giving me the Shpielkes!). This year he has also fulfilled a life long dream of learning to play the traditional instrument of Chelm, the Beinbecken, which performs in his Hip Klezmer group Bone Menudo. N-Harmony and in tonight's performance. Despite all of his musical and theatrical endeavors, Motke has not let up on his rabbinical duties. He oversees the Sunday school class and reserves every Wednesday for private counseling sessions. Please sign up at Yetta's store for an appointment. He once again thanks his wife Miriam for her support and dedicates his performance to his friend Tevye, for all the milk he donated to last year's Milquetoast Festival.



## Michael Mohammed

Michael Mohammed is excited to reprise his role in The MeshugaNutcracker! Michael has been working in the Bay Area as a performer, director and choreographer since 1998. His roles include St. Ignatius in Four Saints in Three Acts, Colaganni in Il Maestro di Musica, Dancairo in Carmen, and Riff in West Side Story. He was awarded a scholarship to study classical ballet at the Dance Theater of Harlem and continued to study modern techniques at the Alvin Ailey American Dance Center and Barnard College. His work as a director and choreographer has been seen at the San Francisco Conservatory of Music, Pocket Opera, Berkeley Opera, the Bay Area Summer Opera Theater Institute, and the Peninsula Teen Opera. He holds degrees from Columbia University and the San Francisco Conservatory of Music.

## Richard S. Sanchez

Richard's theatre career started at the age of five building sets, properties, costumes, and starring in his best friend's play The Bird Who Wouldn't Fly. After that he was hooked. Now after many, many years he is still hooked and loves it. Favorite productions include Dreamgirls with American Musical Theatre, Honor Song for Crazy Horse with TheatreWorks, and Children Of Eden with Western Stage. As Crafts Master for AMT, where he has worked for the past 20 years, he fills his days with creativity and song. Richard is very happy to be working on this project with the Guggenheims, as both a performer (lending a 10 year hiatus) and on special projects, such as the dancing doughnuts and latkes. Richard also worked his creative magic for Guggenheim Entertainment's Schoolhouse Rock Live! bringing to life such characters as "Bill", the "Conjunction Junction" guy, and the "Adjectives" girl.

## Yacob Schlemiel

Yacob Schlemiel is happy to be returning for his third season as part of this wonderful production. He does admit that it does take time away from his farm, but celebrates the Chanukah holiday worth every second. "When else could you spend so much time with such a group of talented people!" He hopes one day to find a wife and raise a family in the lovely town of Chelm. "Who knows, perhaps one day you may see my children in our Chanukah Festival (G-d willing)!" In the meantime, he plans to continue performing with the Theatre of Chelm. He has already been cast as the lead in the next production, The Phantom of the Hamantashen. TOC's new Purim play and is helping the Schmeggigs develop the script for a made-for-tv movie about Chelm, scheduled to air on KTVJew Channel 18 next year. Although he may seem overextended, he promises not to get a big head and will remain a farmer no matter how famous he gets.

## Scenes & Songs

**Act II**
"Entr'acte"
A Dreidel for Simon
"How They Play Dreidel in Chelm",
A Couple of Questions
Even in the Darkest Places
"Silent Samson!"
"The True Story of The MeshugaNutcracker Part 2"
The Knight of the Golden Slippers
The Return of the Shammas
"Chanukah Medley"
"Finale"

**Act I**
"Prologue"
Welcome/Jar of Fools
"The Dance of the Chanukiah"
The Shammas Goes On Strike
"The True Story of The MeshugaNutcracker"
The Picture in the Flame
"The Soul of a Menorah"
The Stranger's Gift
"Sweeter Than Honey/Purer Than Oil"
Chanukah Means Hope
"The Magic Spoon"

The MeshugaNutcracker is performed with one 15-minute intermission at which time refreshments will be available with donations benefitting BAJS, Congregation Beth Am's Visual and Performing Arts Program.
(See display in courtyard for more details.)

The use of photographic devices during the performance is strictly prohibited. Please set cell phones and pagers to vibrate. For the comfort of those around you, please take disruptive children (or adults) to the courtyard.

## Acknowledgements

A sincere thank you to the following people who helped ensure the success of this production:

Max & Lily Guggenheim, Allen and Karen Guggenheim, Jean and Terry Miner, Lori, Greg and Brendan Berkowitz; KG Real Estate, Bernie Kotansky; Sydney Wilson; Jennifer Fagundes, Jorge Garza; Cathie Clark; Art & Nancy Puett; Alex Hsu, Dana MacDermott; Matthew Snyder and Bear Trailer Sport; Jarom Hollander; Tania Johnson, Libby Werba, Michael Mohammed; Pat & Alan Werba; Jason Aronson, Christopher Schelling; Nora Contini, Diane Hakimi, J. (the Jewish News Weekly of Northern California); Nicole Mastroianni, Patrick Naylon, Tom Mendez, Paramount's Great America Administration and Production Services; Vitaly Golunb, Jennifer Perrus, Alex Pachikov, All Digital Printing Graphics, and SharkPrint.com; Terry Cera and Max's Restaurants, Warren & Kris, Max's Opera ... Rachel Brady, Krispy Kreme, Richard & Carol, Union City Krispy Kreme; Naomi, Embassy Suites; Bobbi Bornstein, Stephanie Brown, Brian Kaplan, Randi Brenowitz, Alan Sataloff, Deborah Alexander, ALSJCC, Cheryl Weissbart, APJCC, Sue Kalb and Family, Cantor Kay Greenwald, Ilona Shechter, Congregation Beth Am; Sandy and Bob Silver, Ellie Kiss, Rabbi Daniel Pressman, Congregation Beth David and the members of HAZAK; Melissa Rogoway, Larry Rosenberg, Karen Kennan, Sue Webber, Congregation Ez Chayim; Jennifer Kardos, Kathryn Karp, Mervyn Danker and Ronald C. Wornick Jewish Day School; Diane Zimmer, Under One Roof; Gail Green, Jewish Community Information & Referral; Tamar Akov and Sharon Haitovsky, Israeli Consulate; Beth Garner, Marin Man to Man, Bay Area Breast Cancer Network; Sanne DeWitt; BBYO, Abby Switkin; United Synagogue Youth, Eliyahu Krigel, Loren and Robyn Shalinsky, Cynthia White; Hillel of Silicon Valley, Linda Vensel, John Paine

A very special thank you to The Company for their commitment and dedication to this process. And, to Eric A. Kimmel, Peninna Schramm, and Steven M. Rosman for their collaboration on this new Chanukah tradition.

--We sincerely acknowledge anyone whose name did not appear due to printing deadlines –

## The Company



### Laura Thill Lehoff

Laura Thill Lehoff, a native of Denmark, is happy to be part of the MNut cast for yet another Chanukah. She completed her B.A. in Theatre Performance graduating Magna Cum Laude from San Francisco State University in January 2004. Her credits include corporate holiday entertainment with Guggenheim Entertainment; Linda in Red, Hot, and Cole with New Conservatory Theatre; Mostly Gershwin at the Plush Room; One Night Only at the Plush Room; Christine in scenes from Phantom of the Opera, an Industrial with Washington Mutual; A Chorus Line with Broadway by the Bay; and Rags, Dido and Aeneas, and Orpheus in the Underworld with Notre Dame de Namur University. Laura would like to thank her mother, father and stepmother for their love and support and also her voice teacher Sharon Davis for her excellent guidance.



### Gabrielle McColgan

Gabrielle has been studying and performing in the Bay Area since 2000, when she graduated Yale University with a BA in History. She received her Master of Music degree in Vocal Performance from the San Francisco Conservatory of Music in 2002 where she studied with Sylvia Anderson. Her favorite opera credits include the title role in Suor Angelica and Lady Billows in Albert Herring. Recent musical theater roles include the Baker's Wife in Into the Woods with Pacifica Spindrift Players and Star to Be in Annie with Woodminster Summer Repertory. Her favorite roles include Audrey in Little Shop of Horrors, Kim in Bye, Bye Birdie, Madame Armfeldt in A Little Night Music and Hodel in Fiddler on the Roof. Formerly the Admissions Officer for the San Francisco Conservatory of Music, she currently works in Undergraduate Admission at Stanford University.

### Rivka Schmuel



Rivka, a member of the Theatre of Chelm for nine years, is thrilled to be starring in what she thinks is their best production yet. Her day job is with the cows, as she is the best and only dairywoman in all of Chelm. She was discovered by mistake by Mr. Talant Scoutschmegi on a random Sunday while singing and milking her favorite cow, Bertha. Rivka always sings to her cows, as she believes this is the key to her immense success in the dairy business. Throughout the last nine years, Rivka has been scene as the dreidel in the "The Dreidel That Couldn't Stop Spinning" as the princess in "The Princess Savior on Ice", as well as many other fabulous roles, all with Theatre of Chelm. Her dreams and aspirations include having an ice skating show starring her cow Bertha and herself. Bertha is already in training; Rivka plans to open the show in 2005 as part of that year's Chanukah festival.

### Yetta Schmendrick



This is Yetta's 17th year performing in the Chelm Chanukah extravaganza. She likes to remark that "Chanukah isn't Chanukah without kick-lines and jazz-hands" and does her best to make sure that the tradition continues each year. Her break-through role was as the 3rd latke on the right when she was 16 and she has continued to move up to larger and more-challenging roles by working on her music and dance-moves throughout the year- there is no such thing as working too hard! she likes to remark. This philosophy carries over into her professional life as she is the shopkeeper in Chelm, priding herself on her clean and tidy store and her wide selection of modern products. She would like to take this opportunity to announce the arrival of Levy's All-New Modern Butter Churner in time for the holidays. (See her after the show to put one on hold for your family.) Her hobbies, while not practicing for the show or running her shop, include sweeping, washing, tidying and polishing. She would like to thank the community for attending this performance and for their continued patronage at her store - don't forget that the first Tuesday of every month is two-for-the-price-of-one on all socks and gloves! Yetta's shop, "Chelm-of-a-Bargain," is open Monday through Thursday from 9am-6pm; be sure to stop by.






## Velvet Schnook

Velvet Schnook is 10 years old and is very excited to be part of this year's world-famous Chelm Chanukah festival with the great actors from the Theatre of Chelm! Velvel's older brother, Velvel (in fact, all five Schnook boys are named Velvel, after their father), played the same part in last year's festival and told Velvel how much fun it was and how nice everyone was, which was just as well because Velvel ran off to join the Krakow circus a few months later, leaving Velvel to play Velvel's role this year! Velvel hopes to follow Velvel's footsteps, and would like to thank his mom and dad for their support and encouragement (although Velvel is pretty sure he didn't get his creative genius from them). Velvel would also like to thank his brothers Velvel, Velvel, Velvel and especially Velvel, and his new baby sister, Velveeta for their love and support.

## Austin Ku

Originally from St. Louis, Missouri, Austin moved to San Francisco last year and is now a full-time performing artist. Regional/Professional credits: (CA) - National Jewish Theatre Festival (debut), Willows Theatre, 42nd Street Moon, Theatre on San Pedro Square, Door Dog Productions; (NJ) - Lenape Regional PAC; (TX) - Main Street Theatre, Little Room Downstairs. Tours: National Theatre for Children, New Conservatory Theatre Center/YouthAware. Favorite roles: Lun Tha in The King and I (DLOC), Roger in A New Brain (3 different productions), Benger in Hair (Rice University "Sammy" nominee), The Emcee in Cabaret ("Sammy" winner). Education: Rice University/Shepherd School of Music, Aspen Music Festival and School, Seagle Music Colony, UC Berkeley/Boalt Hall School of Law (don't ask). Austin is also an accomplished film/commercial actor, model, and classical violinist. Special thanks to mentor Jon Cail, and to Theatre Bay Area, the Bay Area's premier theatre resource. Next engagement: Anthony Hope in Foothill Music Theatre's upcoming production of Sweeney Todd. For information on this and more, please visit www.austin-ku.com.

## Tania Johnson

Tania Johnson is happy to be returning to The Meshugah-Nutcracker! Most recently she has been seen in Can Can at 42nd Street Moon, in holiday corporate events for Guggenheim Entertainment, and as Fraulein Kost in Cabaret at Theatre On San Pedro Square. Tania holds a B.A. in music from U.C. Berkeley where she was founding musical director of BareStage, a student run theatre company. She has been an Artist In Residence with the San Francisco Arts Education Project for the past two summers, and has been Musical Director for San Leandro High's annual musical for the past four years. Tania has also performed with American Musical Theatre of San Jose, TheatreWorks, Reel Blondes and The Willows Theatre. Favorite roles include Audrey in Little Shop of Horrors, Young Phyllis in Follies, Smitty in How To Succeed In Business Without Really Trying, Campsdelle in the world premiere of John Muir's Mountain Days, and Princess Winnifred in Once Upon A Mattress.



## Esther Schmegegi

Esther has been sharing her talent in Chelm's annual Chanukah Festival for the past 21 years, and is proud to take the stage along side her husband Gronam. Formerly a principal dancer with the Ballet of Chelm, she has recently starred as Esther in the Theatre Of Chelm's Purim musical which she co-authored with Rabbi Motke. By day, Esther manages the Chelm Bakery and edits the fashion and entertainment newsletter "What The Chelm!", which celebrates the innovative spirit and cutting edge fashion of the people of Chelm. She is most honored to be the first lady of Chelm and is ready to take the helm (no pun intended) if ever Gronam is unable to fulfill his duties. In her spare time, Esther enjoys keeping in shape with her revolutionary Rolling Pin and Accordion Total Body Workout. She dedicates her performances to her sons, Mazel and Tov, her good luck charms. Many thanks to Director Schlumperdink for such vision and inspiration.

## David M.D. Greenbaum

A San Francisco native, David began his professional acting and music career playing Hans in San Francisco Opera's production of Werther. Other credits include: Joe Hardy in Damn Yankees (Bay Area Theatre Critics Circle Award nomination), Jesus in Jesus Christ Superstar, Prince Orlofsky in Die Fledermaus, Captain Macheath (Mac the Knife) in Three Penny Opera, Buchanan and Fiorentino in Street Scene, The Pirates of Penzance with Lamplighters Music Theatre, singing the National Anthem for the Oakland Athletics, collegiate champion and finalist of the Hawaii Stars competition, as well as several film and television credits. A graduate of Chaminade University of Honolulu, David is currently studying voice with Baker Peeples and dance with Berle Davis. David has served as a Math, Music, Drama, Art, English, and Religion educator for the Archdiocese of San Francisco at Our Lady of the Visitacion School and teaches for BBBay's Youth Theater Conservatory. David's debut album will be available in June 2005. David would like to thank his family and friends for all their support and dedicates this show to his beautiful wife, Katharine.

## Shannon Guggenheim

Shannon has been fortunate to make her living as a performing artist since graduating from high school. An accomplished musical theatre performer, having played on numerous Bay Area stages, credits include Little Red in CTW's Into the Woods, Wendy in TheatreWorks' Peter Pan, Anne in Broadway By The Bay's La Cage Aux Folles, Peggy Sawyer in 42nd Street, Hodel in Fiddler On The Roof, Louise in Carousel, and the title roles in The Little Prince, The Ugly Duckling, and Yours, Anne, a musical adaptation of Anne Frank's diary. Shannon was also one of the original cast members of the professional San Francisco and San Jose runs of Schoolhouse Rock Live! Currently, she performs in original works developed for Guggenheim Entertainment's corporate clients, serving as an M.C. for holiday events at retail centers and corporate parties throughout the year. Most recently, she and Scott successfully produced a brand new form of entertainment called "Lily Guggenheim" which will no doubt be taking the entertainment world by storm in a few short years. Shannon dedicates this performance to her beautiful daughter and her babysitters.




## Gronam Schmegegi

Gronam Schmegegi is pleased to be making another appearance in the world renowned Chanukah Festival from his hometown of Chelm. This will mark his twenty-first year participating in the show. This year also marks his twenty-second year as the mayor of Chelm. Before the politics and show-biz bug bit, Gronam traveled around the world and was accepted into the famous University of Krakow. Before completing his degree at UOK he transferred to the UOC because UOK's curriculum was way too easy. He graduated from the University of Chelm with a PhD, MD, JD, MBA, and MFA. He is currently working on yet another MFA - with a concentration in dance, in-line skating and public policy and will be graduating in May 2005. Gronam would like to dedicate this performance to his wife Esther - with whom he has shared 21 delightful enthropic years - and their two sons, Mazel and Tov.

## Treitel Schlemazel

It has long been a lifelong dream of Treitel's to perform in Chelm's Chanukah festival, ever since her parents founded the Theatre of Chelm with the Schmegegis 20 years ago. She currently resides with her Uncle Izzy, the shoemaker, while her mother and father star as the prima ballerina and sixth supernumerary from the left for the Ballet of Chelm and Opera of Chelm respectively. A fan of Sassy Schmittze, Treitel tried unsuccessfully to create her own talking doll, Treitel Tell-it-all. Unfortunately, no one wanted to buy a talking doll that was as precocious as Treitel since they already have the real thing right here in Chelm. (The last of the original Treitel Tell-it-all Dolls are available for purchase at Chelm of a Bargain). Treitel wants everyone to know that she is a vegetarian and that if she could have one thing (besides whirled peas), it would be a pony.

# EXHIBIT D



# What the helm?

MAGAZINE

NATIONAL TOUR
DECEMBER 2006

PRODUCED BY GUGGENHEIM ENTERTAINMENT, LLC AND
THE NATIONAL JEWISH THEATRE FESTIVAL

## ON SALE NOW!

The Meshuga Nutcracker
The Meshuga Nutcracker

### "The Meshuga Nutcracker" Original Cast Recording of is now available on CD!

Sing along with the original cast of this holiday musical as they perform selections from the score featuring authentic Jewish music combined with Tchaikovsky's timeless Nutcracker ballet. You won't be able to keep the kids off your feet as you hear melodies that have been wordless for more than a hundred years in such selections as "Dance of the Chanukah," "Hora They Play," "Dreidel in Chelm," "The Soul of the Menorah," and "The Chanukah Medley" – all orchestrated in our fusion of klezmer and Broadway.

**Special Theatre-goer Price $25**
**Includes CD and Full Color Booklet**

# INSIDE THIS ISSUE

## 4 COVER STORY
**Theatre Of Chelm Takes**
**"The MeshugaNutcracker"**
**On The Road**

## 5 PEOPLE
Tchaikovsky & Guggenheim: Chelm's new song writing team cranks out a winner.

## 6 BOOKS & MUSIC
Learn about the scenes and songs of "The MeshugaNutcracker"

## 7 COMMUNITY NEWS
We put the fun in fundraiser

## FEATURES
8 "What The Chelm?" profiles the 25 Most Intriguing People in Chelm
12 Theatre of Chelm announces Business of the Year Award Winners

# CONTRIBUTORS

A sincere thank you to the following people who helped ensure the success of this production:

Max & Lily Guggenheim • Stephen Guggenheim • Richard Sanchez • Lexie Lazear • Katie Pogue • Allen and Karen Guggenheim • Kimberley Miner • Jeani and Terry Miner • Tania Johnson • Lori Greg and Brendan Berkowitz • KG Real Estate, Bernie Kotarsky • Sydney Wilson • Jennifer Fagundes • Jorge Garza • Matthew Snyder and Bear Trailer Sport • Matt Rogers • Libby Werba • Michael Mohammed • Laura Lehaff • David Greenbaum • Jaron Hollander • Austin Ku • Aval Margahayam • Pat & Alan Werba • Deborah Gonzales • Alisa Balk • Michelle Madah-Younker • Mary Jo Okawa • Harold S. Milstein, Chelsea E. Larsen, Hellerbry LLP • Jason Aronson • Christopher Schelling • Nora Contini, Nancy Beth Cohen, J. (the Jewish News Weekly of Northern California) • Kimber Saxe, The Jewish Journal of Greater Los Angeles • Jewish News of Greater Phoenix, Florence Eckstein, Deb Karel • JTNews, Karen Chachkes • Emmet Foley, Janine Kline, Production Logic • The Crest, Sid Garcia Heberger, Andy Field • Jewish Federation of Sacramento, Michal Kohane • Shalom School, Sacramento • Gad Levy, University of Judaism, Matt Smymos • Genie Benson, Keshet Chayim Dance Ensemble • Seattle Repertory Theatre, Rob Knop, Dana Perreault, Heather Laidlaw • Pacific Northwest Ballet • Jewish Federation of Silicon Valley, Jyr Jurman, Elisa Gerston • Team San Jose, Bill Fisher, Steve Hurd, Anthony Alston • Opera San Jose, Kelly Hudson, Michael Chetwood • Ballet San Jose, Lee Kopp • American Musical Theatre, Steven Favreau • Scottsdale Center for the Performing Arts, Bob Fingerman, Cody Christensen • Arizona Jewish Theatre Company, Janet Arnold • San Francisco War Memorial for the Performing Arts, Jennifer Norris, John Bott • Berkeley Repertory Theatre • David Robotnik, Focus Printing

A very special thank you to The Company for their commitment and dedication to this process.

And to Eric A. Kimmel, Peninna Schramm and Steven M. Rosman for their collaboration on this new Chanukah tradition.

— We sincerely acknowledge anyone whose name did not appear due to printing deadlines —

---

The National Jewish Theatre Festival and Guggenheim Entertainment, LLC present

# The MeshugaNutcracker!

conceived by Scott, Shannon, and Stephen Guggenheim

music by Peter Ilyich Tchaikovsky

music adapted and lyrics by Shannon Guggenheim
book by Scott & Shannon Guggenheim
based on stories written and adapted by
Eric A. Kimmel, author of "The Jar of Fools" and
Peninnah Schram and Steven M. Rosman, authors of
"Eight Stories for Eight Nights"

Production design based on illustrations by Mordecai Gerstein

Produced by Guggenheim Entertainment, LLC

Directed by Scott Evan Guggenheim
Choreography by Shannon Guggenheim
Vocal Arrangements & Musical Direction by Stephen Guggenheim

Orchestrations by Thomas Tomasello
Costume Design by Richard S. Sanchez & Dana MacDermott
Set Design by Julie Engelbrecht & Ben Naasz
Lighting Design by Michael Palumbo
Special Crafts Projects by Richard S. Sanchez
Assistants to the Producers Katie Pogue & Alexis Lazear
Production Manager Charlton JP Barton

Featuring the talents of
**John Dalton Frederick, Shannon Guggenheim,**
**Heather Lauren Klein, Alexis T. Lazear,**
**Sung Min Park, Christopher Plank,**
**Richard S. Sanchez, and Elizabeth Schultz**

Originally produced for the stage by Guggenheim Entertainment, December, 2003 at the Cubberley Community Center Theatre in Palo Alto, CA. Paramount's Great America, Santa Clara, CA, December, 2004 California Tour, December 2005. First National Tour, December 2006. "The MeshugaNutcracker" copyright © 2003 Guggenheim Entertainment

Jar of Fools: Eight Hanukkah stories from Chelm by Eric A. Kimmel, illustrated by Mordecai Gerstein copyright © 2000 adapted by permission of Shearwater Books c/o Ralph M. Vianorza, Ltd. Eight Stories for Eight Nights by Peninnah Schram and Steven M. Rosman copyright © 1990 adapted by permission of Jason Aronson Inc.

# Was Tchaikovsky Jewish?



The actors from The Theatre of Chelm modeling this year's haute-couture

Well, he might have been. We searched high and low and have yet to find a definitive answer. One thing we do know: he was known for his love of the Christmas season. So why use the score of his perennial Christmas favorite as the foundation for what is destined to become a holiday favorite of a new ilk? Simple: through "The MeshugaNutcracker!" we hope to honor his unbelievably beautiful score and give audiences the chance to get to know these melodies in an entirely different way.

When cell phone companies and mattress discounters play the Nutcracker suite in their commercials this season, guests who've attended the production will no doubt start singing the words to "The Magic Spoon" or "Sweeter than Honey". They may even find themselves singing the Chanukah candle blessings in an elevator!

As you delight in hearing Tchaikovsky's timeless score - played in our Klezmer/Broadway fusion style - do note: every single note in the score comes directly from the original full ballet score, unless it is a traditional Chanukah song (as used in the first and last songs of Act II.) While most people will certainly be familiar with the four or five more popular tunes (e.g. Chinese Tea, The March), we found 20 distinctive melodies in his score.

Some of the songs push the throughline of the overarching story while other songs take us back to Chanukah celebrations of days gone by. Visit the lobby during intermission and your copy of our world premiere musical on CD, pressed in January 2005.

In the meantime, get comfortable and prepare to experience the music of "The Nutcracker" as you never have before. And don't be surprised if you can't wipe that grin off your face as you hear lyrics set to melodies that have been wordless for more than a hundred years.

# MESHUGA-WHAT!?!



The actors from The Theatre of Chelm - OY!

**For years Jews have joked** that the only place to go on Christmas Day is out for Chinese food and to the movies. And for years the arts scene has catered specifically to the Christmas-observant market; productions featuring Scrooge and the Mouse King abound. So, when members of the San Francisco Bay Area Jewish community approached creators Scott & Shannon Guggenheim to assist them with the development of a program they could host on Christmas Day, the director/choreographer team was happy to take up the challenge. Community leaders were crying out for a place Jews could go for an entertaining and Jewish experience. In fact, they'd heard that some of their members so wanted a holiday arts experience they even went to see productions of "A Christmas Carol" and "The Nutcracker." "That's crazy", Scott said. "No, it's meshuganuh!", quipped Shannon. "Or should we say, meshuga....nutcracker!" And an idea was born.

In December 2003, the World Premiere of "The MeshugaNutcracker!" played to packed houses, delighting Jew and Gentile alike. Now, three years later, the crazy cast of Chelmniks is touring the nation, giving audiences of every age a fun-filled musical theatre experience that celebrates the Miracle of the Oil and the heroes that made it happen.

# COMMUNITY NEWS

# BOOKS & MUSIC



The Chelmniks recreate the Maccabean War.

In 2002, Scott and Shannon Guggenheim developed the script and workshopped the material that would include a storyline incorporating works by renowned authors Eric A. Kimmel, Peninnah Schramm and Steven M. Rosman; a production design based on the artistry of Mordical Gerstein; a through line depicting the timeless antics of the citizens of the fictional town of Chelm. To complete the production team, they engaged the talents of Cantor Stephen Guggenheim and arranger Thomas Tomasello for the vocal arrangements and orchestrations. The result: the first musical of its kind; one which celebrates Chanukah while weaving together a timeless score, original lyrics and eight poignant and witty stories.

**Act I**

Prologue

Welcome/Jar of Fools

The Dance of the Chanukiah

The Shammas Goes On Strike

The True Story of The MeshugaNutzracker

The Picture In the Flame

The Soul of a Menorah

The Stranger's Gift

Sweeter Than Honey/Purer Than Oil

Chanukah Means Hope

The Magic Spoon

**Act II**

Entr'acte

A Dreidel for Simon

How They Play Dreidel In Chelm

Even in the Darkest Places

Silent Samson

The True Story of The MeshugaNutzcracker Part 2

The Knight of the Golden Slippers

The Return of the Shammas

Chanukah Medley

Finale

---

Director Schmegegelheit leads the actors from The Theatre of Chelm in the annual Chanukah festival

by Esther Schmegegi, Editor

Each year at the Theatre of Chelm we delight guests from far and wide with our little Chanukah festival. And while putting on a great show is always our goal, giving back to the community is our true love. On behalf of Mayor Schmegegi and all of the actors from the Theatre of Chelm, I'd like to thank you for supporting the various non-profit agencies for which we will upturn our hats after the performances.

I'd also like to encourage you to invite local non-profits to use the production as a fundraiser. Do members of your shul yearn for holiday entertainment with less "bah humbug" and more "b'izman hazeh"? When it comes to holiday fundraisers, could your synagogue, JCC or day school use an infusion of jelly in their otherwise plain sufganiot? Could your Jewish organization use a little fun-money? And would you like to raise that money doing something other than bake sales? If you answered YES to any of these questions, contact us today to have your agency sponsor a live performance of "The MeshugaNutcracker" as a holiday fundraiser. We put the fun in fundraising! Chag sameach!

---

# PROFILE

Meet the Presenters: Guggenheim Entertainment

For over 18 years, Guggenheim Entertainment has provided superlative entertainment, marketing, and support services for both corporate and private functions. The accomplished and award-winning staff of producers and talent at Guggenheim Entertainment strive to provide exceptional entertainment options and superior service. We provide everything from turn-key programming to customized events designed just for your organization, and tailor each event to fit within your budget, helping you plan and design every detail. Whether providing entertainment for a corporation or a school, a theme park or a museum, a retail center or a wedding, a festival or a fundraiser; our mission is to provide quality, accessible and affordable theatrical experiences that are infused with creativity and vitality. By integrating quality, education, and humor, we stand poised to inspire excellence in programming for youth, families, and adults, showing people the best in themselves. Call (408) 404-7711 or visit www.guggent.com for more information about what Guggenheim Entertainment can do for your company.

# FEATURE
# Chelm's 25 Most Intriguing People of the Year

**8**

## John Dalton Frederick

John was recently seen in Festival Opera's production of "Don Giovanni" (Masetto), West Bay Opera's production of "Manon Lescaut" (Sergant) and Golden Gate Opera's production of "Carmen" (El Dancairo). Upcoming engagements include roles in a Sacramento production of "Carmen" (Morales) and Townsend Opera Players' production of "Cosi Fan Tutte" (Guglielmo). Oratorio credits include bass soloist in a Tokyo production of Handel's "Messiah" under the baton of Maestro Hiroshi Gunji, a role he will reprise in April 2007 with the Jacksonville Symphony. The Indiana University alumnus (Vocal Performance) was recently awarded a Master of Music Degree from the San Francisco Conservatory of Music, where he was accorded Department Honors.



Gronam Schmegeg is pleased to be making another appearance in the world renowned Chanukah Festival from his hometown of Chelm. This will mark his twenty-first year participating in the show. This year also marks his twenty-second year as the mayor of Chelm. Before the politics and show-biz bug bit, Gronam traveled around the world and was accepted into the famous University of Krakow. He graduated from the University of Chelm with a PhD, MD, JD, MBA and MFA. Gronam would like to dedicate this performance to his wife Esther - with whom he has shared 21 years - and their two sons, Mazel and Fox.

## Shannon Guggenheim



Shannon has been fortunate to make her living as a performing artist since graduating from high school. An accomplished musical theatre performer, having played on numerous Bay Area stages, credits include Little Red in CTW's "Into the Woods", Wendy in TheatreWorks' "Peter Pan", Anne in Broadway By The Bay's "La Cage Aux Folles", Peggy Sawyer in "42nd Street", Hodel in "Fiddler On The Roof", Louise in "Carousel", and the title roles in "The Little Prince" and "Yours, Anne", a musical adaptation of Anne Frank's diary. Shannon was also one of the original cast members of the professional West Coast premiere of "Schoolhouse Rock Live!" Currently, she performs in original works developed for Guggenheim Entertainment's corporate clients, serving as an M.C. for holiday events at retail centers and corporate parties throughout the year. Shannon recently tied for 2nd place with Barbra Streisand (behind Natalie Portman) for Best Jewish Actress in the "Best of the Jewish Bay Area" Reader's Poll (J.The Jewish News Weekly). Now that's "meshuganah."

## Treitel Schlemazel

It has long been a lifelong dream of Treitel's to perform in Chelm's Chanukah festival, ever since her parents founded the Theatre of Chelm with the Schmeggeis many, many, many years ago. She currently resides with her Uncle Izzy, the shoemaker, while her mother and father star as the prima ballerina and sixth supernumerary from the left for the Ballet of Chelm and Opera of Chelm respectively. A fan of Sassy Sphinritze, Treitel tried unsuccessfully to create her own talking doll, Treitel Tell-it-all. Unfortunately, no one wanted to buy a talking doll that was as precocious as Treitel since they already have the real thing right here in Chelm. (The last of the original Treitel Tell-it-all Dolls are available for purchase at Chelm-of-a-Deal). Treitel wants everyone to know that she is a vegetarian and that if she could have one thing (besides whirled peas), it would be a pony.

## Heather Lauren Klein

Heather, an up and coming performer in the Bay Area Yiddish song scene, was most recently seen as Zerlina in "Don Giovanni" with Bay Area Classical Harmonies. Previous roles include Gretel and Dew Fairy in "Hansel and Gretel", Cis in "Albert Herring" and Luisa in "The Fantasticks". A regular performer with Ensemble Vocalis, she has been a featured vocalist at many festivals including The Jewish Music Festival in Berkeley and the To Life! Festival. Upcoming performances include playing the role of a Grizette in West Bay Opera's "The Merry Widow". Heather Klein received her Masters degree in Vocal Performance at the San Francisco Conservatory of Music. She is very excited to have the chance to tell the story of what Jews really do on Christmas.

## Alexis T. Lazzar



Lexie joined Guggenheim Entertainment as Director of Business and Audience Development earlier in the year and is working to bring quality programming to the masses. An accomplished performer and makeup artist, Lexie has been working in theatre in one form or another for the last 17 years. As a performer, her most memorable shows include "Carousel" (Julie Jordan), Elton John and Tim Rice's "Aida" (Amneris), "Unhletown" (Penelope Pennywise), and "Zombie Prom" (Toffee). As the resident makeup and hair designer for Alameda Civic Light Opera, she enjoys spending her summers creating intricate looks to finish the picture in shows like "Pippin", "Sweeny Todd", "Man of La Mancha", "Jesus Christ Superstar", and many others. Lexie has found that in this business, although one's friends and family well all be lost, so she feels compelled to thank: Mom, Dad, Avi, Cel, Jo, Nay, Scott & Shan, and always, her rock and sanity, Matt. Enjoy the show and welcome to Chelm!

## Rivka Shmuel



When she is not rehearsing Rivka spends the days with her family of cows and works as the best and only dairywoman in Chelm. She was discovered by a talent scout while singing milking her favorite cow, Mathilda. Generations of cows have been sung to while being milked by generations of Schmuels. She believes this is the secret to why her dairy products are the best across the nation. She is best known for her portrayal as a Challahback Girl in Gwen Stephanowitz's music video. Her dreams and aspirations include creating a special skincare products made from her lovely cow Mathilda to help anyone become a great dairywoman just like her. Rivka's dairy/skincare line will be packaged and ready to sell in the spring with a corresponding songbook.

## Esther Schmegeg



Esther has been sharing her talent in Chelm's annual Chanukah Festival for the past 22 years, and is proud to take the stage alongside her husband Gronam. Former pageant queen (she was Miss Matzah Ball at age 4, Miss Teen Schmaltz at 12, and is the reigning Schmeggeg Kosher Butcher Annual Pageant Queen), she most recently starred as Esther in the Theatre Of Chelm's Purim musical, which she co-authored with Rabbi Moskie. By day, Esther edits the fashion and entertainment magazine "What The Chelm" which celebrates the innovative spirit and cutting edge fashion of the people of Chelm. She is most honored to be the First Lady of Chelm and is ready to take the helm (no pun intended) if ever Gronam is unable to fulfill his duties. In her spare time, Esther enjoys spending her weekday afternoons as a Pageant Coach to Miss Matzah Ball hopefuls. She dedicates her performances to her sons, Mazel and Fox, her good luck charms. Many thanks to Director Schumperdink for such action.

# FEATURE

## Sung Min Park



Sung is thrilled to be joining such a talented group of actors and creative team in this production of "The MeshugaNutcracker!" Sung just recently finished a season with Bucks County Playhouse, at which he performed in "Miss Saigon" (Thuy) and "Hot Mikado" (Fish-Tush). Some of his other favorite credits include "Merchant of Venice" (Antonio), "Falsettoland" (Whizzer), and "A Chorus Line" (Bobby). Sung is also co-founder and co-artistic director of the Asian American Actor's Ensemble, for which he will be producing and performing in an original two-man show as well as one of his other favorite plays "Snakebit" this spring. For more information check out aaactorsensemble.com. "Many thanks to my wonderful friends."

## Christopher Plank



# 10

Chris is proud and honored to to the stage after a five has starred in such tions as "Anything Goes," "Fiddler on the Roof, "Grease", "Company," "You Can't Take it With You," "Much Ado About Nothing" among others. Excited about moving to New York City in February, Chris most enjoys his time teaching kids at the Young Actors Theater Camp, inspired by every magical moment. He thanks his parents for their unending love and support his family for being here, his friends for actually missing him, and Mother Earth for another beautiful winter season full of light, laughter and love.

# PROFILE

## Meet the Producers: The National Jewish Theatre Festival

As producers with over two decades of experience providing quality "edutainment" for communities, schools and families, NJTF is dedicated to using the arts to teach Judaica, present Jewish history and expand cultural awareness by providing quality theatrical and educational experiences for the greater Jewish Community. NJTF is a full-service production company with programs for all your needs including professional large-scale musicals, classes, seminars, and workshops for teachers and students of all ages and custom event design and support. Contact NJTF for design and production assistance for your fundraisers, campaign kick-off, awards dinners and dedications, family and educational programming and arts and entertainment events. Call (877) 456-4849 for more information.

## Velvel Schnook



Velvel is happy to be performing once again in the world-famous Chelm Chanukah Festival with the great actors from the Theatre of Chelm. Having undergone a remarkable growth spurt over the past year, Velvel Schnook is proud to be one of the tallest people in the cast this year at just 11 years old. He has also surpassed his father in height, as well as his four brothers, Velvel, Velvel, Velvel and Velvel, although his mother Velveteena is still a couple of feet taller than him. His baby sister Velveeta also seems to be remarkably large for a one-year-old. In any case, Velvel hopes that at this rate he will grow as tall as the legendary Silent Samson, and then he will people of Chelm will sing songs about him too! Velvel would like to thank his family for their love and support.

## Rabbi Motke Schmerel



Rabbi Motke Schmerel is happy to be making his 13th appearance in Chelm's annual Chanukah spectacular. Many of you may not recognize him without his trademark red beard, which he lost in an unfortunate fishing accident. Despite all of his musical and theatrical endeavors, Motke has not let up on his rabbinical duties. He oversees the Sunday school class and reserves every Wednesday for private counseling sessions and collander polishing. He once again thanks his wife Miriam for her support and dedicates his performance to his friend Tevye, for all the milk he donated to last year's Milquetoast Festival.

## Richard S. Sanchez

Richard's theatre career started at the age of five building sets, properties, costumes, and staring in his best friend's play "The Bird Who Wouldn't Fly." After that he was hooked. Now after many, many years he is still hooked. Favorite productions include "Dreamgirls" with American Musical Theatre, "Honor Song for Crazy Horse" with TheatreWorks, and "Children Of Eden" with Western Stage. As a Crafts Master for over 20 years, he fills his days with creativity and song. Richard is very happy to be working on this project, as both a performer (ending a 10 year hiatus) and on special projects such as the dancing doughnuts and latkes. Richard also worked his creative magic for Guggenheim Entertainment's Schoolhouse Rock Live!, bringing to life such characters as "Bill" the "Conjunction Junction" guy, and the "Adjectives" girl.

## Elizabeth Schultz



Elizabeth currently resides in Seattle, where last season she was a member of Seattle Opera's Young Artist Program. While there, she had the privilege of singing Miss Jessel in Benjamin Britten's The Turn of the Screw.* Past operatic credits include "Aida", Donna Elvira in "Don Giovanni", Pamina in "The Magic Flute", Dido in "Dido and Aeneas", and Mrs. Gobineau in "The Medium". Favorite musical theater experiences include Christine in "Phantom", Lily in "The Secret Garden" and The Witch in "Into the Woods". Elizabeth is the recipient of a "Metropolitan Opera Encouragement Award (Eastern Region), as well as a finalist in the Liederkranz Opera Competition (Wagnerian division). She has been heard as the soprano soloist in Beethoven's "Ninth Symphony", Mendelssohn's "Elijah", and Andrew Lloyd Webber's "Requiem". Miss Schultz diligently works with soprano Jane Eaglen and is represented by Jenny Rose, AOR Management UK. Born in Chicago, Lizard (as she is affectionately known to friends and family) is naturally a lover of snow storms and football (go Bears). She dreams of singing at the Lyric Opera of Chicago and marrying New England Patriots quarterback Tom Brady. She sincerely thanks her family, Dillons and Schultzes alike, for their amazing and unwavering support.

## FEATURE

## Yacob Schlemiel



Yacob Schlemiel is happy to be returning for his third season as part of this wonderful production. He does admit that it does take time away from the farm, but celebrating the Chanukah holiday is worth every second. "When else could you spend so much time with such a group of talented people!" He hopes one day to find a wife and raise a family in the lovely town of Chelm. "Who knows, perhaps one day you may see my children in our Chanukah Festival (G-d willing)!" In the meantime, he plans to continue performing with the Theatre of Chelm that has already been cast as the lead in the next, the Phantom of Chelm." The Phantom of Hanantashn?, TCC's next Purim play and is helping the Schmeagles develop the script for a made-for-TV movie about Chelm scheduled on KTV on Channel 18 next year. Although he may seem overextended, he promises not to get a big head and will remain a farmer no matter how famous he gets.

## Yetta Schmendrick



Yetta Schmendrick's philosophy on life can be summed up as follows: when in doubt, add a pinch of salt; and, there's no conundrum that a warm sticky bun can't fix. Yetta's dream of becoming a twinkle toed extraordinaire came crashing down to Chelm when she realized she loved bagels and challahs much more than maintaining a sylph-like physique. In fact, she channels her love of all things buttery into a successful (as Schmendrick's Sufganiot Shoppe. Yetta has hailed as the "most sought-after caterer in Chelm" (What the Chelm? Magazine's annual reader's poll, 4 years running)! Her latest endeavors include the Kaminsky wedding, as well as the Waxman bat mitzvah. This is Yetta's seventh season with "The MeshugaNutcracker!" Her favorite part to play, hands-down, is the little lost latke in "Latkes on Ice" (Act II, Scene III). When she's not baking or performing, Yetta enjoys shopping and socializing. She dedicates this year's performances to her sister Leah, who is away at a cooking intensive in Krakow (hopefully perfecting her brisket-braising technique).



# Chelm's Business of the Year Awards

The Theater of Chelm is proud to announce the winners of this year's Business of the Year Awards. Each of these businesses contributed greatly to the success of this year's Chanukah festival. We honor these fine organizations and hope you will support them and their commitment to arts and education.

12






www.jweekly.com

THE JEWISH JOURNAL
L.A. JEWISH PUBLICATION INC.
www.jewishjournal.com

JEWISH NEWS
of Greater Phoenix



BALLET SAN JOSE

PACIFIC NORTHWEST BALLET

OPERA SAN JOSE

SEATTLE REPERTORY THEATRE





ISRAEL

 

CREST THEATRE



KG
Field State, Inc.
www.kgrealestate.com

 






Robin & Elliot Brody



Vintage Theatre
www.krbayshow.com

KESHET CHAIM
www.keshetchaim.org




www.sgconcert.com

www.njtf.org

## Scott Evan Guggenheim (Producer/Director/Playwright)

Recipient of the "Award for Excellence in Theatre for Youth and Development of New Audiences" by the American Theatre Wing (giver of the coveted Tony award) and the Award for Excellence in Jewish Education from the Helen Diller Family Foundation, Scott is an accomplished producer, presenter, director, designer, playwright, educator and theatre administrator having created award-winning and nationally-recognized works for regional, non-profit, and commercial theatre companies and educational institutions. He maintains a personal mission of producing quality programs which promote discussion on family issues, multi-culturalism, literature, science, art, music, and history. A graduate of Santa Clara University, Scott is a recognized authority in youth, arts and health education, and is a two time recipient of the American Public Health Association award for excellence in innovative programming and partnerships in health education. Scott served at the helm of California Theatre Wing, a professional educational theatre company based in the San Francisco East Bay, from 1990 to 1997 where his quality programming for youth and families reached over a million people. For Opera San Jose, he co-adapted and staged the "From The Met to Broadway" series and served OSJ for two seasons as Assistant Director and Stage Manager. Prior to his tenure at CTW, Scott founded Young Conservatory Theatre (serving as Artistic Director for six seasons), served as Associate Artistic Director/General Manager for two seasons for the New York Theatre Production Company, and assisted producer Alexander White as Associate Producer/General Manager for the San Francisco run of "Einstein:The Man Behind the Genius" starring Larry Gelman. Most recently, Scott served as Producer/General Manager for "Schoolhouse Rock Live! San Francisco, LLC" which produced the hit musical to unanimous critical acclaim in San Francisco and San Jose. Of the more than 60 productions staged and 90 productions produced, Scott's favorite directing projects include "Alice In Concert", "Runaway's", "Into the Woods", "The Wiz", "The Little Prince", "The Ugly Duckling" and "Yours, Anne."

## Shannon Guggenheim (Choreographer/Playwright/Librettist)

Shannon has been enjoying a career as a producer, presenter, choreographer, playwright, performer, educator, graphic designer, and theatre administrator for the past 18 years. An award-winning choreographer, she has worked on over 40 productions for community, regional, and professional theatre companies as well as educational institutions. She has taught in dance studios throughout the state and has served as a middle and high school performing arts educator and choreographer, and coach/choreographer for high school and college cheerleading and gymnastic teams, many of which were honored with awards under her tutelage. As a member of the staff of California Theatre Wing for six years, Shannon served as an Artist-In-Residence, Director of Public Relations and Marketing and Resident Choreographer. Most recently, she served as a producer for "Schoolhouse Rock Live!" which she also choreographed. Favorite choreographic credits include "Schoolhouse Rock Live!", "Rocky & Bullwinkle", "Oliver!", "Just So!", "Joseph...Dreamcoat", "Fiddler On The Roof", and "The Wiz."

## Stephen Guggenheim (Musical Director/Vocal Arranger)

A graduate of San Jose State University, the San Francisco Conservatory of Music, and Accademia Chigiana in Siena, Italy, Stephen is an accomplished opera singer having sung leading operatic roles throughout the world. Stephen has performed the role of Don José in "Carmen" for L'Opera de Lyon; Tito in "La Clemenza di Tito", Edgardo in "Lucia di Lammermoor", Alfredo in "La Traviata", Walter in "Tannhauser", and Achilles in "King Priam" with the San Francisco Opera; The Duke in "Rigoletto" for the Minnesota Opera and the National Opera of Malta; the title role of "Werther", Riccardo in "Un Ballo in Maschera", the title role of "The Tales of Hoffmann", Eleazar in "La Juive", and Ruggero in "La Rondine" with the Israeli Vocal Arts Festival. He originated the title role in the world premiere of "Simon Bolivar" with the Virginia Opera and in concert in London at the Royal Albert Hall with the BBC National Scottish Symphony. He was honored with an Adler Fellowship from the San Francisco Opera Center after participating in the Merola Opera Program. During his fellowship he performed the role of Don José in "Carmen" and Rodolfo in "La Boheme" in Japan, Guam, and Micronesia. As Guggenheim Entertainment's Resident Musical Director, Steve is well-versed in musical theatre repertoire and has musical and/or vocal directed numerous projects including San Francisco's long running hit "Schoolhouse Rock Live!", "Runaway's", and "Alice In Concert". As an educator, he has taught voice, audition technique, musical theatre and opera appreciation, privately and in numerous musical theatre workshops for community theatres and schools.

# CREDITS

# FEATURE

## Charlton JP Barton (Production Manager/Stage Manager)

Charlton has been involved in the theatre arts for 25 years. Although he is an actor first, he is well trained in all things production. He has toured the U.S. and abroad for six years as an actor, stage manager and production manager. Credits include: "How to Succeed in Business Without Really Trying" (Troika); "Beauty and the Beast" (American Theatre Arts; Taiwan); "Pinocchio" (American Family Theatre – national tour); numerous corporate events for Guggenheim Entertainment (regional tours); "Black Journey" (AFT national tour); "Robin Hood The Musical" (AFT); and "A Christmas Carol" (AFT national tour). An avid 49er fan, Charlton lives in Beverly Hills where what he "really wants to do is act."

## Julie Engelbrecht (Set Designer)

As a designer Julie's work has been praised from coast to coast. She earned her AB from University of California and her MFA from Ohio State University before joining the faculty of Mount Holyoke College in Massachusetts for six years. Her work has been seen on the stages of the Utah Shakespeare Festival, Shakespeare Santa Cruz and The Western Stage. Recent projects include costume designs for "Il Trovatore", "Manon", "Marriage of Figaro", "Carmen", "I Pagliacci", "La Voix Humaine", "Don Giovanni", and "Barber of Seville" for Opera San Jose; "Sweet and Hot", "Once in A Lifetime", "Amadeus", and "You Can't Take It With You" for TheatreWorks; and set designs for OSJ's "Cenerentola", "La Voix Humaine" and "Falstaff", and production designs for "Dido and Aeneas", "Dragon of Wantly", and "Gifts of St. Nicholas" for the Folger Consort at the Folger Shakespeare Library. Julie designed both costumes and sets for the Guggenheims' critically acclaimed production of "Schoolhouse Rock Live!", the sets for "It's A Wrap", and costumes for their touring events.

## Dana MacDermott (Costume Designer)

Dana is a Bay Area costume and scenic designer and costume craftsperson. Among others, she has worked with A Traveling Jewish Theatre, California Shakespeare Company, Make-A-Circus, Impact Theatre, and San Francisco Shakespeare Company. She has designed extensively for Guggenheim Entertainment, and has brought her perspective with Bay Area Costumes' Alliance and is on the Board of Directors for the International Costumers' (ICG). She also serves as acting President of the Silicon Web Costumers' Guild, an internet oriented chapter (ICG). Aside from Theatrical design, Dana has won numerous awards for her competitive Science Fiction and Costuming. She earned her MFA in Costume Design from San Francisco State University.

## Ben Naasz (Set Designer)

Ben has a BFA in musical theatre from Shenandoah Conservatory and a MFA in Scene Design from the University of Arizona. Prior to becoming the theatre arts teacher at Flowing Wells High School in Tucson, Ben worked as a fabricator building naturalistic environments for Aquariums, Museums, Theme Parks, and Zoos. He has acted in "Just Bunnies" for Guggenheim entertainment and is happy for the chance to design for them as well. Ben has also been seen in the short lived comedy sitcom "Danny" which aired two whole times on CBS and has done several independent movies in Hollywood. A member of the Screen Actor's Guild, Ben now resides in Arizona with his wife where they both teach for a high school theatre department.

## Michael Palumbo (Lighting Designer)

Michael has designed productions for theater and opera companies throughout Northern California including TheatreWorks' "Brooklyn Boy", "Anna in the Tropics", and "All My Sons"; San Jose Repertory Theatre's "The Immigrant"; Sacramento Opera's "The Barber of Seville"; Marin Theatre Company's "Killer Joe", Opera San José's "La Boheme", "Cavalleria Rusticana", "Pagliacci", and "Faust"; Pacific Repertory Theatre's "Buddy Holly Story", "Elizabeth Rex", and "Othello"; Ballet Visión's "Santos y Santos" and productions for SF Playhouse, Children's Musical Theatre San José, San José Stage Company, Palo Alto Players and City Lights Theatre Company.

## Tom Tomaselio (Orchestrator)

Tom is a member of the Guggenheim Entertainment team serving as Resident Orchestrator and Arranger. Tom is a versatile and accomplished musician, musical producer and arranger. He has worked with such celebrities as Martha and the original Vandellas, Bobby Rydell, Bob Hope, the late Danny Thomas, George Burns, Smokey Robinson, and Al Green. He has also played with such notable groups as The Temptations, The Coasters, The Platters, and The Marvalettes. Some of Tom's musical direction credits include San José Repertory's "A Day in Hollywood...A Night in the Ukraine" and "1940's Radio Hour" and various productions for San Jose Children's Musical Theatre and the Santa Clara County Fairgrounds. Tom served as Resident Musical Director at California Theatre Wing, supervising such productions as "The Wiz", "Into the Woods", "Just So!", and "Pinocchio". He has orchestrated the critically acclaimed score for "Schoolhouse Rock Live!", and the productions of "Free to Be...You and Me", "It's A Wrap", "Monster Bash", and "School Daze" for Guggenheim Entertainment. Tom currently serves as the Director of Instrumental Music at Cathedral of Faith in San Jose.

---

Producers ................................................................ Scott & Shannon Guggenheim
Associate Producers .................................... Kimberley Miner, Stephen Guggenheim
Director of Audience Development .......................................... Alexis T. Lazaar
Los Angeles Presenter ..................................... Genie Benson and Keshet Chayim

Composer ................................................................... Peter Ilych Tchaikovsky
Librettist .......................................................................... Shannon Guggenheim
Playwrights ................................................................ Shannon & Scott Guggenheim
based on stories written and adapted by Eric A. Kimmel, author of "The Jar of Fools"
Peninnah Schram and Steven M. Rosman, authors of "Eight Stories for Eight Nights"
Vocal Arrangements ........................................................ Stephen Guggenheim
Orchestrations .................................................................... Tom Tomaselio

Director ............................................................................ Scott Evan Guggenheim
Choreographer ................................................................... Shannon Guggenheim
Musical Director ................................................................ Stephen Guggenheim
Production Design ............................ based on illustrations by Mordecai Gerstein
Scene Design ........................................................ Julie Engelbrecht & Ben Naasz
Costume Design ............................... Richard S. Sanchez & Dana MacDermott
Lighting Design ...................................................................... Michael Palumbo
Special Projects and Crafts ................................................. Richard S. Sanchez
Production Manager ............................................................. Charlton JP Barton
Assistant Stage Manager ....................................................... Juan Richardson
Production Crew .......... Juan Richardson, Charlton JP Barton & Sydney W[...]

Set Construction, Properties, and Scenic Art .......... Ben Naasz, Sasha Moreno, Terry Miner,
Julie Engelbrecht, Scott Guggenheim, Shannon Guggenheim,
Kimberley Miner, Bruce Naasz, Camy Naasz, Richard S. Sanchez and Charlton Barton
Costume Construction ............. Richard S. Sanchez, Dana MacDermott, Cecilia Galindo
Hayfork Menorah .................... Terry Miner, Ron Peterson, Florence Metal Products
Electrics .................................................... Charlton JP Barton, Juan Richardson
Marketing Team .......................... Alexis Lazear, Katie Pogue, Michelle Mistein-Younker
Mary-Jo Okawa, Elizabeth Schultz, Scott & Shannon Guggenheim
Graphic Design ................................................................... Shannon Guggenheim
Graphic Art ................................. Shannon Guggenheim, Alex Hsu, Dana MacDermott
Preafrooder ............................................................................... Jeani Miner
Printing ..................................... Advance Color Design, Focus Printing,
Ferrari Color, Rainbow Press, 3Day Promos
Web Hosting ....................................................................... Sputnik Design
Legal ........................................... Harold S. Mistein, Heller-Ehrman LLP

## Visit the Theatre of Chelm online at www.njit.org

To send fan mail, email the actors at:
esther@njit.org    gronam@njit.org    monte@njit.org    rivka@njit.org
treibel@njit.org    yenkel@njit.org    yaceleb@njit.org    yetta@njit.org

# EXHIBIT E

**From:** Scott Guggenheim [scott@guggyent.com]
**Sent:** Thursday, January 18, 2007 9:49 AM
**To:** Eric Kimmel; Steve Rosman; Peninnah Schram
**Subject:** The MeshugaNutcracker!

Dear Eric, Peninnah, and Steven,

First of all, we wish each of you a very happy new year. With that out of the way, we are writing to you with great sadness and concern for we can not figure out how our cooperative relationship has been turned so adversarial. Yes, it's a long note but brevity is not what we need right now.

We were contacted by our volunteer lawyer (a lawyer we engaged to work with us to help us speak the same language as Christopher [Eric's agent] a couple of years ago) informing us that you have sought the services of a lawyer together against us. To learn that we are in an "us against them" situation is simply shocking.

We have spent many hours over the last three years attempting proactively reach an agreement for the future of the show beyond the written and verbal agreements we made prior to the original production in 2003. As you will recall, Eric directed us to work with his agent and Peninnah (with Steven's consent) directed us to let her know what Eric's folks agreed upon and that she'd likely concur with whatever we came up with. After numerous emails and phone calls nothing was ever agreed upon because, as Christopher stated, "it wasn't a priority". At every turn we informed all of you of the difficulty involved in getting this taken care of. Finally, in an effort to protect ourselves from exactly what has come about, we asked our lawyer to be more assertive and engage each of you with the goal of getting something tangible created.

When contacted late 2006 by a new lawyer working on your behalf, we were at first excited that finally we could make this feel right for all involved. Unfortunately, your lawyer has been adversarial from the start suggesting we are liars. Lying about what? We have been trying to pay you a fee since we began. We have NOT been trying to slide by and not pay you a fee. We have been trying to work with you to determine a fair future should the production ever find the right audience. To suggest otherwise, especially without basis, is offensive.

Although your lawyer stated as much in his ridiculously ill-informed letter of November 20, 2006, we have NOT been infringing on your copyright because you gave us permission. We were insulted to read your lawyers comment "we appreciate the attribution NOW being given" as it suggests we have not been doing so up to now.

To appease and educate your lawyer we provided five identical stacks of collateral including, playbills, press releases, reviews, cast recording, and website screen-shots showcasing our honesty in this endeavor. We have included all three of you in every written opportunity whenever any credits have been given since day one - copies for a great deal of which were provided. All posters, postcards, playbills, advertisements, press releases and more include your credit along with the other creators. Moreover, we have done everything we could in every city to which we have toured to urge the local bookstores to carry your books while in residence.

We believe last month's fluke relative to our website was probably what set off your lawyer, but it was just that - a fluke. If your lawyer had actually taken time to peruse the website he would have noticed that on the day he visited there were *no* credits provided to *anyone*. Our webmaster was in the process of updating the site for the 2006 run. The article on the home page ended abruptly and the "Cast & Crew" page said and still says "Coming Soon." The pages which listed the company and production team were removed as they were outdated. It was a misunderstanding by our webmaster to remove all of the names, something we were not even aware had happened until it was brought to our attention.

Your lawyer is stating we lied about this. Though nothing could be further from the truth, he seems set on assuming the worst in us even though we can prove through years of press releases, our playbills, even the CD jacket of the cast recording - everything includes the paragraph your lawyer claims we lied about including, showing the content has been in existence since 2003. Why would we maliciously omit something we have been working so hard to include over the past four years? We are proud to have collaborated on this production with you so it simply makes no sense for us to deliberately omit you.

As requested, we also provided numbers as far as expenses and revenue over the course of the run. Although we have no reason to lie, nor have we done anything in the past to merit such an accusation, your lawyer does not believe our profit/loss report which indicates the production has not made any money at this time. It has actually lost money. Rudely, he informed our lawyer that what we provided was not sufficient and demanded more information, saying "if you're not going to provide it we'll get it in litigation." Obviously he has no concept of doing something for the love of it, something artists do on a regular basis, nor has he any understanding of producing theatre, which history dictates takes years to recover the investment - an investment that WE made on our own, 100%, and please understand, we are not independently wealthy. The work we do the rest of year pays for "The MeshugaNutcracker!" We have committed to seeing this investment of money, blood, sweat, and now - thanks to your lawyer, tears - through until the property finds the right audience so we can ALL benefit from its creation.

Bringing legal counsel into this is obviously the responsible move on all of our parts for if, one day we are approached to do something more with this project, we want to be prepared to do so and to insure all parties are happy. However, the bottom line right now is that we were given permission to adapt your properties from day one. Had you not mutually agreed to allow us to move forward we would not have done so. As far as we were concerned the only  open issue is with regard to further exploitation of the show by others, something we have been waiting on your lawyers to pass on to you for over three years. There was no question as to our producing the work. The questions to be determined was others' use of the material.

At this point we are asking you to direct your lawyer to step back, look at the original verbal and written agreements and do what is in everyone's best interest: working WITH us, not against us, to create a fair agreement so we can do what all of us originally set out to do: give Jewish families a beautiful collection of Chanukah stories. You did it initially in book form; through your endorsement, we have put them on the stage, giving your stories the chance to shine in front of a new audience.

3/6/2007

When the San Francisco Bay Area Jewish Community called upon us to create "The MeshugaNutcracker!" in 2003, our daughter, Lily, was three months old. Although we were very aware of what the "December dilemma" meant for Jewish families, it wasn't until last night that we really understood how important our show is.

Although she goes to the JCC pre-school and is being raised as an observant young Jewish girl, our 4 year old has Santa envy. Last night, without provocation, she clearly stated that she wants to believe in Christmas and not Chanukah. To say we were shocked was an understatement. How is it that she wants to sit on Santa's lap and get presents from him? How is it that she already feels the pull so many Jewish children before her have felt? How could a child of just 4 years articulate that from where she sits, Christmas seems cooler than Chanukah?

After we assured her that kids receive presents from their parents, not "from Santa"; that Santa's existence is something she can believe in as much as Peter Pan or Mickey Mouse; that we all enjoy looking at the holiday lights and humming a Christmas carol in the elevator – she nodded off to sleep in her boosterseat, no doubt dreaming of sugarplum fairies and how the Grinch stole Christmas...while we had a startling realization.

There was no way to have avoided her from the barrage of Christmas marketing. As bright and perceptive as our daughter is, no one – Jew or Gentile – is immune to the media blitz that takes place every year in the malls, gas stations, banks, elevators, on the radio, and in every television show and commercial. And this has been going on since before Halloween. As we say in our show: "Santa has the last laugh; this holiday lasts a month and a half."

So what's a good Jewish parent to do? The simple answer is take your family to see "The MeshugaNutcracker!" Don't do it because it's a good show. Do it because it's your cultural responsibility to expose your children to something "cool" for Chanukah. Jewish kids need something to which they can connect and call their own. Our production gives kids a new vocabulary, one which doesn't include Santa, Tiny Tim or the Nutcracker but instead boasts super-sized heroes like Judah Maccabee, dancing dreidels and singing sufganiot. For two hours during the holiday season, Jewish kids will feel like the majority. They will have the opportunity to take ownership of something during a time they know everything around them doesn't belong to them.

Today, Lily woke up humming the dreidel song, so apparently her dreams included more than tinsel and tree toppers. And while she does have a very positive association with Chanukah and gets so excited when the "Dance of the Sugar Plum Fairy" or "The Waltz of the Flowers" pipes over the loudspeakers at Target, because due to our production she now calls those "her" songs, she will no doubt be drawn to the appeal of Christmas for years to come. But in the meantime, we will continue to take very seriously the responsibility of exposing her to as much Chanukah gelt and other such iconography until she is old enough to understand the reasons behind

· why we don't observe Christmas. For now she just needs to know that Chanukah is cool. And thanks to a simple, silly, poignant and entirely entertaining production, believing in the miracle of the oil will be as easy as believing in Santa.

That's what its all about. We hope you will redirect your legal representative to work with us from a cooperative nature versus an adversarial one. We really do want to make this work for all involved.

Best regards,
Scott & Shannon Guggenheim

Scott & Shannon Guggenheim, Producers
National Jewish Theatre Festival
A division of Guggenheim Entertainment, LLC
1165 Bucknam Court
Campbell, CA 95008
408/404-7711 phone
408/404-7710 fax
www.njtf.org

3/6/2007