| Attorney or Party without Attorney: <br> Daniel N. Ballard, Esq., Bar #219223 <br> Bullivant Houser Bailey, PC <br> 1415 L Street, Suite 1000 <br> Sacramento, CA 95814 <br> Telephone No: 916-930-2500    FAX No: 916-930-2501 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: Eric Kimmel <br> Defendant: Guggenheim Entertainment, LLC, et al. | |

| **PROOF OF SERVICE** <br> **Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 07-02751 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Guidlines Information Sheet; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference And ADR Deadlines; Order Setting Case Management Conference; Contents of Joint Case Management Statement

3. a. Party served:   Guggenheim Entertainment, LLC

4. Address where the party was served:   Agent Scott Guggenheim
   1165 Bucknam Court
   Campbell, CA 95008

5. I served the party:
   b. **by substituted service.** On: Sat., Jun. 02, 2007 at: 11:19AM by leaving the copies with or in the presence of:
   Shannon Guggenheim, Person in Charge
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. David J. Nieman
   d. *The Fee for Service was:*   $80.00

   Unlimited Attorney Services, LLC.
   1023 "H" Street, Suite A
   Sacramento, CA 95814
   Office 916-441-3100   Fax 916-441-3700
   Stephanie@UnlimitedAS.com

   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.:   884
   (iii) County:   Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 04, 2007

(David J. Nieman)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Case

dabal.2265