| Attorney or Party without Attorney:<br>Daniel N. Ballard, Esq., Bar #219223<br>Bullivant Houser Bailey, PC<br>1415 L Street, Suite 1000<br>Sacramento, CA  95814<br>Telephone No: 916-930-2500   FAX No: 916-930-2501<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | |
| Plaintiff: Eric Kimmel<br>Defendant: Guggenheim Entertainment, LLC, et al. | |

| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07-02751 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Guidlines Information Sheet; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference And ADR Deadlines; Order Setting Case Management Conference; Contents of Joint Case Management Statement

3. a. Party served:           Shannon Guggenheim
   b. Person served:          Shannon Guggenheim, Personally

4. Address where the party was served:    Guggenheim Entertainment, LLC
                                          1165 Bucknam Court
                                          Campbell, CA  95008

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 02, 2007 (2) at: 11:19AM

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. David J. Nieman                                              d. *The Fee for Service was:*    $80.00

   **Unlimited Attorney Services, LLC.**                           e. I am: (3) registered California process server
   1023 "H" Street, Suite A                                            (i)   Independent Contractor
   Sacramento, CA 95814                                                (ii)  Registration No.:     884
   Office 916-441-3100   Fax 916-441-3700                              (iii) County:               Santa Clara
   Stephanie@UnlimitedAS.com

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 04, 2007

                                                                           (David J. Nieman)

| Judicial Council Form<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons in a Civil Case | dabal.2268 |
|---|---|---|