| *Attorney or Party without Attorney:*<br>Daniel N. Ballard, Esq., Bar #219223<br>Bullivant Houser Bailey, PC<br>1415 L Street, Suite 1000<br>Sacramento, CA 95814<br>*Telephone No:* 916-930-2500    *FAX No:* 916-930-2501<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* Eric Kimmel
*Defendant:* Guggenheim Entertainment, LLC, et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07-02751 CRB |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Guidlines Information Sheet; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference And ADR Deadlines; Order Setting Case Management Conference; Contents of Joint Case Management Statement

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Mon., Jun. 04, 2007
   b. Place of Mailing:        Sacramento, CA 95814
   c. Addressed as follows:    Scott Guggenheim
                               Guggenheim Entertainment, LLC
                               1165 Bucknam Court
                               Campbell, CA 95008

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jun. 04, 2007 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Stephanie L. Nelson                          d. *The Fee for Service was:*    $80.00
   b. Unlimited Attorney Services, LLC             e. I am: (3) registered California process server
      1023 H Street, Suite B2, Registration # 2005-16      (i)   Employee
      Sacramento, CA 95814                                 (ii)  Registration No.:    2005-16
   c. (916) 441-3100, FAX (916) 441-3700                   (iii) County:              Sacramento
                                                           (iv)  Expiration Date:     Fri, Apr. 17, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 04, 2007

                                                          _____
                                                          (Stephanie L. Nelson)

Judicial Council Form                    PROOF OF SERVICE                                    dabal.2266
Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail