| *Attorney or Party without Attorney:*<br>Daniel N. Ballard, Esq., Bar #219223<br>Bullivant Houser Bailey, PC<br>1415 L Street, Suite 1000<br>Sacramento, CA 95814<br>*Telephone No:* 916-930-2500    *FAX No:* 916-930-2501<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

| *Ref. No. or File No.:* |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* Eric Kimmel
*Defendant:* Guggenheim Entertainment, LLC, et al.

| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C 07-02751 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Complaint; Civil Cover Sheet; ECF Registration Information Handout; Guidlines Information Sheet; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference And ADR Deadlines; Order Setting Case Management Conference; Contents of Joint Case Management Statement

3. a. *Party served:*                                 Stephen Guggenheim
   b. *Person served:*                                Stephen Guggenheim, Personally

4. *Address where the party was served:*             12296 Via Roncole
                                                     Saratoga, CA 95070

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jun. 02, 2007 (2) at: 3:43PM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. David J. Nieman
                                                     d. *The Fee for Service was:*    $80.00
   **Unlimited Attorney Services, LLC.**
   1023 "H" Street, Suite A                          e. I am: (3) registered California process server
   Sacramento, CA 95814                                  (i)   Independent Contractor
   Office 916-441-3100   Fax 916-441-3700                (ii)  Registration No.:    884
   Stephanie@UnlimitedAS.com                             (iii) County:              Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 04, 2007

                                                                                      (David J. Nieman)

| *Judicial Council Form*<br>Rule 982.9.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons in a Civil Case | dabal.2267 |
|---|---|---|