| | |
|---|---|
| 1 | BULLIVANT HOUSER BAILEY PC |
| | DANIEL N. BALLARD (SBN 219223) |
| 2 |    *daniel.ballard@bullivant.com* |
| | 1415 L Street, Suite 1000 |
| 3 | Sacramento, California 95814 |
| | Telephone: (916) 930-2500 |
| 4 | Facsimile: (916) 930-2501 |
| 5 | Attorneys for Plaintiff ERIC KIMMEL |
| 6 | MAYER, BROWN, ROWE & MAW LLP |
| | IAN N. FEINBERG (SBN 88324) |
| 7 |    *ifeinberg@mayerbrownrowe.com* |
| | JOSHUA M. MASUR (SBN 203510) |
| 8 |    *jmasur@mayerbrownrowe.com* |
| | Two Palo Alto Square, Suite 300 |
| 9 | 3000 El Camino Real |
| | Palo Alto, California 94306-2112 |
| 10 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 11 | |
| 12 | Attorneys for Defendants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT |
| | GUGGENHEIM, STEPHEN GUGGENHEIM, |
| 13 | and SHANNON GUGGENHEIM |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIC KIMMEL, | Case No. C 07-02751 CRB |
|    *Plaintiff,* | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND** |
|    v. | |
| GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM, | **[CIV. L.R. 6-1(a)]** |
|    *Defendants.* | |

Pursuant to Civil L.R. 6-1(a), Plaintiff ERIC KIMMEL and Defendants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM (collectively, "Defendants"), by and through their respective

attorneys, hereby stipulate to extend until July 13, 2007 the time within which Defendants must answer or otherwise respond to the complaint.

Dated: June 16, 2007                                             BULLIVANT HOUSER BAILEY PC


                                                                 By: */s/*
                                                                     Daniel N. Ballard

                                                                 Attorneys for Plaintiff ERIC KIMMEL

Dated: June 16, 2007                                             MAYER, BROWN, ROWE & MAW LLP


                                                                 By: */s/*
                                                                     Joshua M. Masur

                                                                 Attorneys for Defendants
                                                                 GUGGENHEIM ENTERTAINMENT,
                                                                 LLC, SCOTT GUGGENHEIM,
                                                                 STEPHEN GUGGENHEIM, and
                                                                 SHANNON GUGGENHEIM

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*