1  BULLIVANT HOUSER BAILEY PC
   DANIEL N. BALLARD (SBN 219223)
2       *daniel.ballard@bullivant.com*
   1415 L Street, Suite 1000
3  Sacramento, California 95814
   Telephone: (916) 930-2500
4  Facsimile:  (916) 930-2501

5  Attorneys for Plaintiff ERIC KIMMEL

6  MAYER, BROWN, ROWE & MAW LLP
   IAN N. FEINBERG (SBN 88324)
7       *ifeinberg@mayerbrownrowe.com*
   JOSHUA M. MASUR (SBN 203510)
8       *jmasur@mayerbrownrowe.com*
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, California 94306-2112
10 Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
11
   Attorneys for Defendants GUGGENHEIM
12 ENTERTAINMENT, LLC, SCOTT
   GUGGENHEIM, STEPHEN GUGGENHEIM,
13 and SHANNON GUGGENHEIM

14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL,<br><br>　　　*Plaintiff,*<br><br>　　v.<br><br>GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM,<br><br>　　　*Defendants.* | Case No. C 07-02751 CRB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**<br><br>**[CIV. L.R. 6-1(a)]** |

　　　Pursuant to Civil L.R. 6-1(a), Plaintiff ERIC KIMMEL and Defendants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM (collectively, "Defendants"), by and through their respective

1  attorneys, hereby stipulate to extend until July 13, 2007 the time within which Defendants must
2  answer or otherwise respond to the complaint.

3
4  Dated: June 16, 2007                               BULLIVANT HOUSER BAILEY PC

5
6                                                    By: /s/
                                                         Daniel N. Ballard

7                                                    Attorneys for Plaintiff ERIC KIMMEL

8  Dated: June 16, 2007                              MAYER, BROWN, ROWE & MAW LLP

9
10                                                   By: /s/
                                                         Joshua M. Masur
11
12                                                   Attorneys for Defendants
                                                     GUGGENHEIM ENTERTAINMENT,
                                                     LLC, SCOTT GUGGENHEIM,
13                                                   STEPHEN GUGGENHEIM, and
                                                     SHANNON GUGGENHEIM
14

15  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that
    the signatories' concurrence in the filing of this document has been obtained.*

16
17
18
19
20
21  June 20, 2007                    IT IS SO ORDERED
22                                   Judge Charles R. Breyer
23
24
25
26
27
28
                                              -2-
                    STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND
                                                          CASE NO. C 07-02751 CRB

PADB01 44037974.2  18-JUN-07 14:33