UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


ERIC KIMMEL,
                    Plaintiff(s),

                                            Case No. C 07-02751 CRB

                                            ADR CERTIFICATION BY PARTIES
                                            AND COUNSEL

            v.

GUGGENHEIM ENTERTAINMENT,
LLC, et al.
                    Defendant(s).
_____/


        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private
entities; and

        (3) Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: June 30 , 2007

                                            _____
                                            [Party]
                                            ERIC KIMMEL

Dated: July 6 , 2007

                                            _____
                                            [Counsel]
                                            DANIEL N. BALLARD


**Rev. 12/05**