Daniel N. Ballard, SBN 219223
E-mail: daniel.ballard@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Plaintiff,
ERIC KIMMEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL,<br><br>            Plaintiff,<br><br>    vs.<br><br>GUGGENHEIM ENTERTAINMENT, LLC; SCOTT GUGGENHEIM; STEPHEN GUGGENHEIM; and SHANNON GUGGENHEIM,<br><br>            Defendants. | Case No. C 07-2751 CRB<br><br>**NOTICE OF ERRATA TO COMPLAINT** |

Plaintiff Eric Kimmel, through his attorneys, files this Notice of Errata to the Complaint to correct two typographical errors. The Prayer for Relief at paragraphs seven and eight cite incorrectly to Title 17 of the United States Code. The correct citation is to Title 15 of the United States Code.

DATED: July 9, 2007                BULLIVANT HOUSER BAILEY PC

                                   By:   /s/ DANIEL N. BALLARD
                                         Daniel N. Ballard
                                         Attorneys for Eric Kimmel

– 1 –

ERRATA TO COMPLAINT