MAYER, BROWN, ROWE & MAW LLP
IAN N. FEINBERG (SBN 88324)
   *ifeinberg@mayerbrownrowe.com*
JOSHUA M. MASUR (SBN 203510)
   *jmasur@mayerbrownrowe.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendants and Counter-Complainants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL,<br><br>   *Plaintiff and Counterdefendant,*<br><br>v.<br><br>GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM,<br><br>   *Defendants and Countercomplainants.* | Case No. C 07-02751 CRB<br><br>**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Peninnah Schram and Steve Rossman are authors of the book *Eight Stories for Eight Nights*, on which portions of the play at issue in the above-captioned matter were based. Daniel

Ballard, counsel for Plaintiff Eric Kimmel, has represented that he also represents Ms. Schram and Mr. Rossman, has suggested that they may press similar claims to those asserted by Mr. Kimmel, and has represented that their participation would be necessary to effect a complete settlement.

As of this date, Defendants Guggenheim Entertainment, LLC, Scott Guggenheim, Shannon Guggenheim, and Stephen Guggenheim (collectively, "Defendants"), and the undersigned counsel, lack sufficient information to determine whether other third parties have any other financial interest in the outcome of this proceeding. In particular, Defendants and the undersigned counsel currently lack sufficient information to determine whether Plaintiff's agreement with his literary agent, Christopher Schelling of Ralph M. Vicinanza Ltd., provides for a percentage of royalties or recoveries received by Plaintiff.

Dated: July 13, 2007                          MAYER, BROWN, ROWE & MAW LLP

                                              By: */s/*
                                                  Joshua M. Masur

                                              Attorneys for Defendants and Counter-Complainants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM