1  Daniel N. Ballard, SBN 219223
   E-mail: daniel.ballard@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California  95814
   Telephone: 916.930.2500
4  Facsimile:  916.930.2501

5  Attorneys for Plaintiff,
   ERIC KIMMEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL, | Case No.C 07-2751 CRB |
| Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS** |
| vs. | |
| GUGGENHEIM ENTERTAINMENT, LLC; SCOTT GUGGENHEIM; STEPHEN GUGGENHEIM; and SHANNON GUGGENHEIM, | (Civ. L.R. 6-1(b)) |
| Defendants. | |

Pursuant to Civil L.R. 6-1(b), Plaintiff ERIC KIMMEL ("Kimmel") and Defendants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM (collectively, "Defendants"), by and through their respective attorneys, hereby stipulate to extend until August 16, 2007 the time within which Kimmel must answer or otherwise respond to Defendants' Counterclaims (docket no. 13, filed July 13, 2007).

DATED: August 2, 2007                    BULLIVANT HOUSER BAILEY PC

                                         By:   /s/ DANIEL N. BALLARD
                                               Daniel N. Ballard
                                               Attorneys for Eric Kimmel

– 1 –

ORDER REGARDING STIPULATION TO EXTEND TIME

| | | |
|---|---|---|
| 1 | DATED: August 2, 2007 | MAYER, BROWN, ROWE & MAW LLP |
| 2 | | By:    /s/ JOSHUA M. MASUR |
| 3 | |       Joshua M. Masur |
| | | Attorneys for Guggenheim Entertainment, LLC, Scott Guggenheim, Stephen Guggenheim, and Shannon Guggenheim |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August ___, 2007        By:_____
                                                  Charles R. Breyer
                                                United States District Judge

– 2 –

ORDER REGARDING STIPULATION TO EXTEND TIME