Daniel N. Ballard, SBN 219223
E-mail: daniel.ballard@bullivant.com
BULLIVANT HOUSER BAILEY PC
1415 L Street, Suite 1000
Sacramento, California 95814
Telephone: 916.930.2500
Facsimile: 916.930.2501

Attorneys for Plaintiff,
ERIC KIMMEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL, | Case No. C 07-2751 CRB |
| Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS** |
| vs. | |
| GUGGENHEIM ENTERTAINMENT, LLC; SCOTT GUGGENHEIM; STEPHEN GUGGENHEIM; and SHANNON GUGGENHEIM, | (Civ. L.R. 6-1(b)) |
| Defendants. | |

Pursuant to Civil L.R. 6-1(b), Plaintiff ERIC KIMMEL ("Kimmel") and Defendants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM (collectively, "Defendants"), by and through their respective attorneys, hereby stipulate to extend until August 16, 2007 the time within which Kimmel must answer or otherwise respond to Defendants' Counterclaims (docket no. 13, filed July 13, 2007).

DATED: August 2, 2007              BULLIVANT HOUSER BAILEY PC

                                    By:    /s/ DANIEL N. BALLARD
                                         Daniel N. Ballard
                                         Attorneys for Eric Kimmel

– 1 –

ORDER REGARDING STIPULATION TO EXTEND TIME

| | |
|---|---|
| DATED: August 2, 2007 | MAYER, BROWN, ROWE & MAW LLP |
| | By:   /s/ JOSHUA M. MASUR |
| | Joshua M. Masur |
| | Attorneys for Guggenheim Entertainment, LLC, Scott Guggenheim, Stephen Guggenheim, and Shannon Guggenheim |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August  03, 2007          By: _____
                                     Charles R. Breyer
                                     United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*