1  Daniel N. Ballard, SBN 219223
   E-mail: daniel.ballard@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California 95814
   Telephone: 916.930.2500
4  Facsimile: 916.930.2501

5  Attorneys for Plaintiff,
   ERIC KIMMEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL, | Case No. C 07-2751 CRB |
| Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS** |
| vs. | |
| GUGGENHEIM ENTERTAINMENT, LLC; SCOTT GUGGENHEIM; STEPHEN GUGGENHEIM; and SHANNON GUGGENHEIM, | (Civ. L.R. 6-1(b)) |
| Defendants. | |

Pursuant to Civil L.R. 6-1(b), Plaintiff ERIC KIMMEL ("Kimmel") and Defendants GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM (collectively, "Defendants"), by and through their respective attorneys, hereby stipulate to extend until August 30, 2007 the time within which Kimmel must answer or otherwise respond to Defendants' Counterclaims (docket no. 13, filed July 13, 2007).

DATED: August 16, 2007                BULLIVANT HOUSER BAILEY PC

                                      By:   /s/ DANIEL N. BALLARD
                                            Daniel N. Ballard
                                            Attorneys for Eric Kimmel

– 1 –

ORDER REGARDING STIPULATION TO EXTEND TIME

1  DATED: August 16, 2007                    MAYER, BROWN, ROWE & MAW LLP

2                                             By:     /s/ JOSHUA M. MASUR
                                                   Joshua M. Masur
3                                                  Attorneys for Guggenheim Entertainment,
                                                   LLC, Scott Guggenheim, Stephen
4                                                  Guggenheim, and Shannon Guggenheim

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  DATED: August ___, 2007          By:_____
                                        Charles R. Breyer
8                                       United States District Judge

– 2 –

ORDER REGARDING STIPULATION TO EXTEND TIME