1  Daniel N. Ballard, SBN 219223
   E-mail: daniel.ballard@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   1415 L Street, Suite 1000
3  Sacramento, California 95814
   Telephone: 916.930.2500
4  Facsimile: 916.930.2501

5  Attorneys for Plaintiff,
   ERIC KIMMEL

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | ERIC KIMMEL,                              | Case No. C 07-2751 CRB
12 |           Plaintiff,                      | [PROPOSED] ORDER REGARDING
                                               | STIPULATION TO EXTEND TIME TO
13 |     vs.                                   | RESPOND TO COUNTERCLAIMS
14 | GUGGENHEIM ENTERTAINMENT, LLC;            | (Civ. L.R. 6-1(b))
   | SCOTT GUGGENHEIM; STEPHEN
15 | GUGGENHEIM; and SHANNON
   | GUGGENHEIM,
16 |
   |           Defendants.
17

18

19       Pursuant to Civil L.R. 6-1(b), Plaintiff ERIC KIMMEL ("Kimmel") and Defendants

20 GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN

21 GUGGENHEIM, and SHANNON GUGGENHEIM (collectively, "Defendants"), by and

22 through their respective attorneys, hereby stipulate to extend until August 30, 2007 the time

23 within which Kimmel must answer or otherwise respond to Defendants' Counterclaims (docket

24 no. 13, filed July 13, 2007).

25 DATED: August 16, 2007              BULLIVANT HOUSER BAILEY PC

26                                     By:   /s/ DANIEL N. BALLARD
                                             Daniel N. Ballard
27                                           Attorneys for Eric Kimmel

28

– 1 –

ORDER REGARDING STIPULATION TO EXTEND TIME

1  DATED: August 16, 2007                    MAYER, BROWN, ROWE & MAW LLP

2                                            By:    /s/ JOSHUA M. MASUR
                                                Joshua M. Masur
3                                               Attorneys for Guggenheim Entertainment,
                                                LLC, Scott Guggenheim, Stephen
4                                               Guggenheim, and Shannon Guggenheim

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  DATED: August 17, 2007        By: _____
                                     Charles R. Breyer
8                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]*

– 2 –

ORDER REGARDING STIPULATION TO EXTEND TIME