**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC KIMMEL, | No. C 07-02751 CRB |
|     Plaintiff, | **Clerk's Notice** |
|   v. | |
| GUGGENHEIM ENTERTAINMENT, | |
|     Defendant._____/ | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference currently on calendar for 8:30 on October 5, 2007 to **1:30 p.m. on Friday, October 5, 2007** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2007                                         FOR THE COURT,

                                                                                  Richard W. Wieking, Clerk
                                                                                  By: _____
                                                                                  Barbara Espinoza
                                                                                  Courtroom Deputy