1  BULLIVANT HOUSER BAILEY PC
   DANIEL N. BALLARD (SBN 219223)
2  *daniel.ballard@bullivant.com*
   1415 L Street, Suite 1000
3  Sacramento, California 95814
   Telephone: (916) 930-2500
4  Facsimile:  (916) 930-2501

5  Attorneys for Plaintiff ERIC KIMMEL

MAYER BROWN LLP
IAN N. FEINBERG (SBN 88324)
*ifeinberg@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
*jmasur@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendants GUGGENHEIM
ENTERTAINMENT, LLC, SCOTT
GUGGENHEIM, STEPHEN GUGGENHEIM,
and SHANNON GUGGENHEIM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC KIMMEL,<br><br>                    *Plaintiff,*<br><br>        *v.*<br><br>GUGGENHEIM ENTERTAINMENT, LLC,<br>SCOTT GUGGENHEIM, STEPHEN<br>GUGGENHEIM, and SHANNON<br>GUGGENHEIM,<br><br>                    *Defendants.* | Case No. C 07-02751 CRB<br><br>**STIPULATION OF DISMISSAL OF STEPHEN GUGGENHEIM**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

        Plaintiff ERIC KIMMEL ("Plaintiff") and Defendants GUGGENHEIM

ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and

SHANNON GUGGENHEIM ("Defendants"), by and through their respective attorneys, hereby

stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1) that:

        *a)*        Plaintiff's claims against Defendant Stephen Guggenheim be, and hereby are,

dismissed with prejudice; and

*b)* Defendant Stephen Guggenheim's counterclaims against Plaintiff also be, and hereby are, dismissed with prejudice.

Nothing in this stipulation affects Plaintiff's claims against Scott and Shannon Guggenheim, nor Scott and Shannon Guggenheim's counterclaims against Plaintiff.

Dated: September 28, 2007                    BULLIVANT HOUSER BAILEY PC

By: */s/*
Daniel N. Ballard

Attorneys for Plaintiff and Counterdefendant
ERIC KIMMEL

Dated: September 28, 2007                    MAYER BROWN LLP

By: */s/*
Joshua M. Masur

Attorneys for Defendants and Counterclaimants
GUGGENHEIM ENTERTAINMENT, LLC,
SCOTT GUGGENHEIM, STEPHEN
GUGGENHEIM, and SHANNON
GUGGENHEIM

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*