**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **OCTOBER 5, 2007**

**C07-02751** CRB

**ERIC KIMMEL**  v.  **GUGGENHEIM ENTERTAINMENT**

Attorneys:     Daniel Ballard                    Joshua Masur

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **N/A**

**PROCEEDINGS:**                                                                                   **RULING:**

1.  Initial Case Management Conference  -   Held

2.

3.

**ORDERED AFTER HEARING:**

 Parties may take up to four (4) deposition, with each not to exceed two (2) hours.  If matter proceeds to trial parties may take further depositions

(  ) ORDER TO BE PREPARED BY:     Plntf _____   Deft _____   Court _____

(X) Referred to Magistrate Judge Joseph C. Spero for:  settlement to be held in early December

(X) CASE CONTINUED TO  December 14, 2007 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____          Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for _____ days
                              Type of Trial:  (  )Jury    (  )Court

Notes: