# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kimmel,<br><br>             Plaintiff(s),<br><br>    v.<br><br>Guggenheim Entertainment, LLC,<br><br>             Defendant(s). | 07-02751 CRB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Mark LeHocky**
> ROSS Stores, Inc.
> 4400 Rosewood Drive
> Pleasanton, CA 94588-3050
> 925-965-4570

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02751 CRB MED                              - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: October 10, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02751 CRB MED                - 2 -