1    BULLIVANT HOUSER BAILEY PC
  DANIEL N. BALLARD (SBN 219223)
2      *daniel.ballard@bullivant.com*
  1415 L Street, Suite 1000
3    Sacramento, California 95814
  Telephone: (916) 930-2500
4    Facsimile:  (916) 930-2501

5    Attorneys for Plaintiff ERIC KIMMEL

MAYER BROWN LLP
IAN N. FEINBERG (SBN 88324)
  *ifeinberg@mayerbrown.com*
JOSHUA M. MASUR (SBN 203510)
  *jmasur@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendants GUGGENHEIM
ENTERTAINMENT, LLC, SCOTT
GUGGENHEIM, STEPHEN GUGGENHEIM,
and SHANNON GUGGENHEIM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIC KIMMEL,<br><br>    *Plaintiff,*<br><br>  *v.*<br><br>GUGGENHEIM ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, STEPHEN GUGGENHEIM, and SHANNON GUGGENHEIM,<br><br>    *Defendants.* | Case No. C 07-02751 CRB<br><br>**STIPULATION OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)] |

    Plaintiff ERIC KIMMEL ("Plaintiff") and Defendants GUGGENHEIM

ENTERTAINMENT, LLC, SCOTT GUGGENHEIM, and SHANNON GUGGENHEIM

("Defendants"), by and through their respective attorneys, hereby stipulate, pursuant to Federal

/ /

/ /

/ /

/ /

1

Rule of Civil Procedure 41(a)(1) that Plaintiff's claims and Defendants' counterclaims be, and hereby are, dismissed with prejudice.


Dated: November 26, 2007                    BULLIVANT HOUSER BAILEY PC

                                            By: /s/ _____
                                            Daniel N. Ballard

                                            Attorneys for Plaintiff and Counterdefendant
                                            ERIC KIMMEL


Dated: November 26, 2007                    MAYER BROWN LLP

                                            By: /s/ _____
                                            Joshua M. Masur

                                            Attorneys for Defendants and Counterclaimants
                                            GUGGENHEIM ENTERTAINMENT, LLC,
                                            SCOTT GUGGENHEIM, and SHANNON
                                            GUGGENHEIM

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

2